| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00123 |
|---|---|---|---|

UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, ex rel. HICHEM CHIHI

*versus*

CATHOLIC HEALTH INITIATIVES, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael Kanovitz<br>Loevy & Loevy<br>311 N Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>(312) 243-5900, mike@loevy.com<br>IL ARDC No. 6275233<br>USDC - N.D. Il. No. 6275233 |
|---|---|

| Name of party applicant seeks to appear for: | Hichem Chihi (as Attorney-in-charge) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/28/2019 | Signed: | /s/ Michael Kanovitz |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                                United States District Judge