IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, *ex rel.* HICHEM CHIHI, | Civil Action No. 4:18-cv-00123 |
| Plaintiff-Relator, | |
| v. | Judge George C. Hanks, Jr. |
| CATHOLIC HEALTH INITIATIVES, et al. | Magistrate Andrew M. Edison |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney is entering an appearance in the above-styled and numbered cause as counsel of record for Defendant APNIX:

Michael E. Clark
Texas Bar No. 04293200
Federal Bar No. 1785
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
Email: mclark@bakerdonelson.com

Please provide copies of all correspondence, pleadings or other documents in this case going forward.

DATED this the 27th day of November, 2019.

Respectfully submitted,


/s/ *Michael E. Clark*
Karen D. Smith
*Attorney-in-Charge*
Texas Bar No. 00785001
Federal Bar No. 15371
Michael E. Clark
Texas Bar No. 04293200
Federal Bar No. 1785
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Tel: (713) 210-7417
Fax: (713) 650-9701
kasmith@bakerdonelson.com

Thomas H. Barnard (*admitted pro hac vice*)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street
Baltimore, Maryland 21201
Tel: (410) 862-1185
tbarnard@bakerdonelson.com

Nicole D. Berkowitz (*admitted pro hac vice*)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee
Tel: (901) 577-8166
nberkowitz@bakerdonelson.com

**Attorneys for Defendant APNIX**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 27, 2019, a true and exact copy of the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                *s/ Michael E. Clark*
                                                Michael E. Clark