IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the <br> STATE OF TEXAS, *ex rel.* <br> HICHEM CHIHI, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CATHOLIC HEALTH INITIATIVES, et al. <br><br> Defendants. | § § § § § § § § § § § § |

CIVIL ACTION NO. 4:18-cv-00123

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that the undersigned attorney is entering an appearance in the above-styled and numbered cause as co-counsel of record (along with attorney-in-charge, R. Chad Geisler) for Defendants Leachman Cardiology Associates, Zvonimir Krajcer, M.D., Dewitt Leachman, M.D., and Alberto Lopez, M.D. (collectively, "Leachman Cardiology"):

James B. Hicks
Texas Bar No. 24094720
301 Congress Ave., Suite 1700
Austin, Texas 78701
Telephone: (512) 482-3544
Facsimile: (512) 472-0721
Email: jhicks@germer-austin.com

Leachman Cardiology respectfully requests that the above attorney be added to the docket in the above-entitled case and be included on all correspondence and service lists. Please provide copies of all correspondence, pleadings or other documents in this case to both Mr. Hicks and Mr. Geisler going forward. R. Chad Geisler remains lead counsel and attorney-in-charge for Leachman Cardiology.

DATED this the 12th day of December 2019.

Respectfully submitted,

**GERMER BEAMAN & BROWN PLLC**
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288
(512) 472-9260 Facsimile


By: /s/ James B. Hicks
    R. Chad Geisler
    Attorney-In-Charge
    Texas Bar No. 00793793
    cgeisler@germer-austin.com
    James B. Hicks
    Texas Bar No. 24094720
    Jhicks@germer-austin.com

**ATTORNEYS FOR DEFENDANTS**
**LEACHMAN CARDIOLOGY ASSOCIATES,**
**ZVONIMIR KRAJCER, M.D.,**
**DEWITT LEACHMAN, M.D., AND**
**ALBERTO LOPEZ, M.D.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 12, 2019, a true and exact copy of the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: /s/ James B. Hicks
    James B. Hicks