United States District Court
Southern District of Texas
**ENTERED**
January 03, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HICHEM CHIHI, *ex rel*, | § | CIVIL ACTION NO. |
| Plaintiff-relator, | § | 4:18-cv-00123 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CATHOLIC HEALTH | § | |
| INITIATIVES, *et al,* | § | |
| Defendants. | § | |

### ORDER

Before the Court is a corrected motion to strike paragraphs from the first and second amended complaints by defendants Catholic Health Initiatives and Chi-St. Luke's Health. Dkt 257. Defendants have requested leave to file the corrected motion under seal. Dkt 258.

The Court granted leave to file the original motion under seal at the December 4, 2019 status conference. The Court finds that the corrected motion to strike is substantially similar to the original motion to strike. Dkt 172.

The motion for leave to file the corrected motion under seal is GRANTED.

At the status conference, the Court ordered the parties to submit a proposed briefing schedule and word limits for any renewed motions to dismiss. This deadline passed on December 13, 2019.

The Court finds that the outcome of the motion to strike will affect defendants' motion to dismiss as well as plaintiff's response.

The deadline to submit a proposed briefing schedule and word limits is STAYED pending a ruling on the motion to strike.

SO ORDERED.

Signed on January 3, 2020, at Houston, Texas.

*Charles R Eskridge III*
Hon. Charles Eskridge
United States District Judge