IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, *ex rel.* HICHEM CHIHI, | ) ) ) ) ) | |
| | ) | Civil Action No. 4:18-cv-00123 |
| Plaintiff-Relator, | ) ) | |
| v. | ) ) | Honorable Charles Eskridge |
| CATHOLIC HEALTH INITIATIVES, et al. | ) ) | |
| Defendants. | ) ) | |

## **[PROPOSED] ORDER**

Before the Court is Relator Hichem Chihi's Unopposed Motion for Leave to File Response to Motion to Strike Under Seal (Dkt. \_\_\_\_). Having considered the motion and for good cause therein, the Court hereby GRANTS the motion.

SO ORDERED.

Signed this _____ day of _____ 2020.

_____
Hon. Charles Eskridge
United States District Judge