UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HICHEM CHIHI, *et al*, | § | CIVIL ACTION |
| Plaintiff, | § | NO. 4:18-cv-0123 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CATHOLIC HEALTH | § | |
| INITIATIVES, *et al*, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Relator Hichem Chihi's unopposed motion for leave to file its response to the motion to strike under seal. Dkt 263.

The Court GRANTS the motion.

The Court ORDERS the Clerk to file the redacted attachment to Relators motion, Dkt 263-1, as the redacted response to the motion to strike. Dkt 262.

SO ORDERED.

Signed on 01/17/2020 ____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge