**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex rel.* HICHEM CHIHI,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES, et al.<br><br>Defendants. | Civil Action No. 4:18-cv-00123 |

## **ORDER**

The Court having read and considered CHI Defendants' Motion for leave to File their Reply in Support of their Corrected Motion to Strike Paragraphs 114-120 of the First Amended Complaint and Second Amended Complaint Under Seal ("Motion for Leave"), and finding good cause therein, HEREBY GRANTS CHI Defendants' Motion for Leave.

It is so ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge