# EXHIBIT 1

Exhibit 1 at 000001



# International Services
# Billing/Collection Process for Embassy patients

### Agreements with St. Luke's Medical Center
- Embassy of Kuwait, Washington, D.C.
- Embassy of Qatar, Washington, D.C.
- Embassy of Saudi Arabia, Washington, D.C.
- Embassy of the United Arab Emirates, Washington, D.C.
- Embassy of Oman, Washington, D.C.

### Billing:
- The Embassy sponsoring the patient's treatment provides a Letter of Guarantee (LOG) to St. Luke's Hospital stating they will cover all pre-approved services rendered by the physicians/providers. This LOG serves as the financial guarantor covering the charges pertaining to patient's care. Therefore, they will be billed for the services rendered by the hospital and/or physicians/providers.
- At the request of the Embassies, the International Services facilitates the consolidation of all invoices related to the patients' care while at St. Luke's Medical Center. Therefore, in order to eliminate multiple billing for the Embassies and to expedite payment to all parties, we asked that you please not mail your invoices directly to any Embassy, but mail to International Services where courtesy consolidation will be done
- International Billing/Collection staff places calls to all physician/providers to collect their statements for office and inpatient consultations <u>It is highly recommended and requested that all charges be submitted to our office within **30 days of service.**</u>
    - ➢ Bundled packages are sent certified by St. Luke's to the respective Embassy. Information required from the offices of physician and/or provider is:
        - ❖ Original HICF 1500 for Dates of Service. *(Note: ensure HICF 1500 has the following):*
            - ✓ Patient First/Last name
            - ✓ Date of Birth
            - ✓ Total Charges
            - ✓ Doctors signature-(typed or hand written)
        - ❖ These forms can be delivered or mailed to:
            St. Luke's Medical Center
            Attn: International Services – Billing/Collection Supervisor
            6720 Bertner Ave. (MC 2-113) Suite 150 (for delivery)
            Houston, TX 77030

1

Exhibit 1 at 000002

**Collection:**

- After mailing the consolidated billing to the respective Embassy, St. Luke's will communicate with each Embassy representative to obtain estimated timeframe of payment. The expected timeframe from each Embassy is approximately 2-3 months from date of receipt in their Washington office.
- It is at the request of the Embassy to send one check to pay for hospital, physicians and providers; therefore one payment will be made for the services rendered.
- Once payment is received; St. Luke's will distribute payments to all parties involved (Delay of payment may vary due to physicians' offices billing directly to the Embassy.)

The above is done as a courtesy in order to eliminate multiple billing and/or confusion for the Embassies. Inquiries and/or concerns on any billing or collection efforts should be directed to the following individuals:

**Consolidated BILLING:**
Rogelio Flores at 832-355-7816
rflores8@stlukeshealth.or
Monday – Friday | 8:00 – 4:30 p.m.

**Letter of Guarantee (LOG – SAUDI ARABIA):**
Suzanne Haroun at 832-355-3657
sharoun@stlukeshealth.org
Monday – Friday | 8:30 – 5:00 p.m.

**Letter of Guarantee (LOG – QATAR):**
Carlos D. Aguilar at 832-355-4971
caguilar1@stlukeshealth.org
Monday-Friday | 8:30 – 5:00 p.m.

**Letter of Guarantee (LOG – UAE, KUWAIT, OMAN):**
Hichem Chihi at 832-355-5531
hchihi@stlukeshealth.org
Monday-Friday | 8:30 – 2:30 p.m.