# EXHIBIT 2

Exhibit 2 at 000001


MAILED 3/9/2016

CATHOLIC HEALTH INITIATIVES
PO Box 636000
Littleton, CO 80163-6000

#601159811

CATHOLIC HEALTH INITIATIVES
PO Box 636000
Littleton, CO 80163-6000

SINGLETON ASSOCIATES
P O BOX 4346  DEPT 808
HOUSTON TX  77210

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

Catholic Health Initiatives

CATHOLIC HEALTH INITIATIVES
PO Box 636000
Littleton, CO 80163-6000

Bank of New York-Mellon, N.A.
Pittsburgh, PA

Date: 03/01/2016
Check No: 601159811
Amount: $****21,738.20

PAY Twenty One Thousand Seven Hundred Thirty Eight and 20/100 Dollars

TO THE ORDER OF
SINGLETON ASSOCIATES
P O BOX 4346  DEPT 808
HOUSTON TX  77210

Kevin E. Lofton

⑈601159811⑈ ⑆043301603⑆ 008⑈675⑈

60-160433

Exhibit 2 at 000002



February 25, 2016

SINGLETON ASSOCIATES
P O BOX 4346 DEPT 808
HOUSTON, TX 77210

Ladies/Gentlemen:

Attached you will find a refund check payable for the following patient(s):

| Account | Amount |
|---|---|
| 10050606365 | $ 2,188.00 |
| 10050587356 | $ 464.00 |
| 10050633743 | $ 708.00 |
| 10050625223 | $ 1,028.00 |
| 10050624109 | $ 3,248.00 |
| 10050641399 | $ 772.00 |
| 10050140316 | $ 668.00 |
| 10050630861 | $ 236.00 |
| 10050543375 | $ 7,000.00 |
| 10050678866 | $ 1,872.00 |
| 10050595933 | $ 68.00 |
| 10050656569 | $ 1,316.00 |
| 10050667966 | $ 708.00 |
| 10050723978 | $ 421.60 |
| 10050713620 | $ 295.00 |
| 10050723977 | $ 421.60 |
| 10050713345 | $ 324.00 |
| | $ 21,738.20 |

$ 21,738.20

Sincerely,

Angelita Sanchez
Director - International Services
St. Luke's Episcopal Hospital
(832) 355-6475

Exhibit 2 at 000003



Exhibit 2 at 000004


CHI St. Luke's Health

April 6, 2016

Kidney and Hypertenstion Consultants
Po Box 272747
Houston, Texas 77277-2747

Ladies/Gentlemen:

Attached you will find a check payable for the following patient(s):

| | | |
|---|---|---|
| [redacted] | 10050656330 $ | 29,110.00 |
| | $ 29,110.00 | $ - |

$ 29,110.00

Sincerely,

Angelita Sanchez
Manager - International Services
St. Luke's Episcopal Hospital
(832) 355-6475

Exhibit 2 at 000005


MAILED
3/8/2016

Catholic Health Initiatives

CATHOLIC HEALTH INITIATIVES
PO Box 636000
Littleton, CO 80163-6000

Bank of New York-Mellon, N.A.
Pittsburgh, PA

Date: 03/01/2016
Check No: 6011159812
Amount: $****24,213.60

PAY Twenty Four Thousand Two Hundred Thirteen and 60/100 Dollars

TO THE ORDER OF
GREATER HOUSTON ANESTHESIOLOGY
2411 FOUNTAIN VIEW DR #200
HOUSTON TX 77057

Kevin E. Lofton

⑇6011598l2⑇ ⑇043016⑇ 008⑇675⑇

#6011159812

CATHOLIC HEALTH INITIATIVES
PO Box 636000
Littleton, CO 80163-6000

GREATER HOUSTON ANESTHESIOLOGY
2411 FOUNTAIN VIEW DR #200
HOUSTON TX 77057

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

Exhibit 2 at 000006



## CHI St. Luke's Health

February 25, 2016

GREATER HOUSTON ANESTHESIOLOGY
2411 FOUNTAIN VIEW DR #200
HOUSTON, TX 77057

Ladies/Gentlemen:

Attached you will find a refund check payable for the following patient(s):

| | Account | Amount | |
|---|---|---|---|
| | 10050704927 | $ 2,872.80 | |
| | 10050624109 | $ 5,130.00 | |
| | 10050742506 | $ 2,257.20 | |
| | 10050641399 | $ 2,462.40 | |
| | 10050587356 | $ 1,641.60 | |
| | 10050633743 | $ 1,641.60 | |
| | 10050619920 | $ 1,846.80 | |
| | 10050630861 | $ 1,846.80 | |
| | 10050668040 | $ 4,514.40 | |
| | | $ 24,213.60 | $ - |

$ 24,213.60

Sincerely,

Angelita Sanchez
Director - International Services
St. Luke's Episcopal Hospital
(832) 355-6475

Exhibit 2 at 000007



Exhibit 2 at 000008



April 6, 2016

Greater Houston Anesthesiology
2411 Fountain View Dr # 200
Houston, Texas 77057

Ladies/Gentlemen:
Account# 10050831418
Attached you will find a check for the following patient(s):

| | | | | | |
|---|---|---|---|---|---|
| 10050710645 | $ | 10,670.40 | 10050712127 | $ | 2,667.60 |
| 10050656330 | $ | 7,387.20 | 10050582946 | $ | 2,667.60 |
| | $ | 18,057.60 | | $ | 5,335.20 |

$ 23,392.80

Exhibit 2 at 000009