# EXHIBIT 3

Exhibit 3 at 000001

**Chihi, Hichem**

**From:** Matar, Tania
**Sent:** Thursday, October 13, 2016 11:02 AM
**To:** Chihi, Hichem
**Cc:** Aweidah, Ihab M.; Kerry, Alexandra A.; Sanchez, Angelita; Lemos, Loideth E.; Al Solh, Ahmed
**Subject:** RE: ███████ Urgent IM appointment

Hichem

Thank you for the clarification. Let me know if the patient was satisfied with the visit. If we continue having problem with them we might need to find an alternative who accept UHC.

Tania

**From:** Chihi, Hichem
**Sent:** Thursday, October 13, 2016 10:56 AM
**To:** Matar, Tania
**Cc:** Aweidah, Ihab M.; Kerry, Alexandra A.; Sanchez, Angelita; Lemos, Loideth E.; Al Solh, Ahmed
**Subject:** RE: ███████ Urgent IM appointment

Tania,

We always reach out to Dr. Hoffman for these requests, in this case the patient has UHC insurance, unfortunately Dr. Hoffman doesn't accept it. My only available option to accommodate he, the same day, was our IM department.

Regards,

**Hesham Chihi**
International Patient Representative
CHI St. Luke's Health
Baylor St.Luke's Medical Center

6720 Bertner | Houston, TX 77030
832-355-5531 (Direct) / 832.355.3350 (o) / 832-355-3002 (fx)
hchihi@StLukesHealth.Org


CHI St. Luke's Health

StLukesHouston.Org | @StLukes_Houston

**From:** Matar, Tania
**Sent:** Thursday, October 13, 2016 10:49 AM
**To:** Chihi, Hichem
**Cc:** Aweidah, Ihab M.; Kerry, Alexandra A.; Sanchez, Angelita; Lemos, Loideth E.; Al Solh, Ahmed
**Subject:** RE: ███████ Urgent IM appointment

Hichem

1

Exhibit 3 at 000002

We have experienced many problems with this office (cancelling, changing last minute etc..) and they don't seem to accommodate our patients. Unless things have changed, I would like to use Dr Hoffman who pamper the international patients and is willing to go the extra mile for them.

Tania

---

**From:** Chihi, Hichem
**Sent:** Thursday, October 13, 2016 10:23 AM
**To:** Chihi, Hichem; 'nihad Adel'
**Cc:** Aweidah, Ihab M.; Kerry, Alexandra A.; Sanchez, Angelita; Matar, Tania; Lemos, Loideth E.; Al Solh, Ahmed
**Subject:** RE: ███████████ Urgent IM appointment

12:30pm today at 6624 Fannin, suite 1240. The patient has been scheduled to see Dr. Stasicha. Please provide us with the UHC information.

Regards,

**Hesham Chihi**
International Patient Representative
CHI St. Luke's Health
Baylor St.Luke's Medical Center

6720 Bertner | Houston, TX 77030
832-355-5531 (Direct) / 832.355.3350 (o) / 832-355-3002 (fx)
hchihi@StLukesHealth.Org



StLukesHouston.Org | @StLukes_Houston

---

**From:** Chihi, Hichem
**Sent:** Thursday, October 13, 2016 10:14 AM
**To:** 'nihad Adel'
**Cc:** Aweidah, Ihab M.; Kerry, Alexandra A.; Sanchez, Angelita; Matar, Tania; Lemos, Loideth E.; Al Solh, Ahmed
**Subject:** RE: ███████████ Urgent IM appointment

Hello Dr. Nihad,

I am working on it. I will let you know as soon as confirmed.

Regards,

**Hesham Chihi**
International Patient Representative
CHI St. Luke's Health
Baylor St.Luke's Medical Center

6720 Bertner | Houston, TX 77030
832-355-5531 (Direct) / 832.355.3350 (o) / 832-355-3002 (fx)
hchihi@StLukesHealth.Org

Exhibit 3 at 000003

**CHI St. Luke's Health**

StLukesHouston.Org | @StLukes_Houston

**From:** nihad Adel [mailto:nadel.uaetx@gmail.com]
**Sent:** Thursday, October 13, 2016 9:58 AM
**To:** Chihi, Hichem
**Cc:** Al Solh, Ahmed
**Subject:** RE: ███████████ Urgent IM appointment

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

Dear Hicham

Kindly schedule ███████████████████████ for urgent IM appointment ( Today if possible ) for Cough, fever mild dyspnea and family history of Asthma.

She is covered by United heath care international
D.O.B: 11/20/1980



--
Regards,

> Nihad Eldin, MD
> Medical Adviser
> Consulate Of The United Arab Emirates
> Military Attaché Office
> 7505 S. Main Street, Suite 510, Houston, Texas 77030
> (832) 831-4514 | nadel.uaetx@gmail.com