# EXHIBIT 4

Exhibit 4 at 000001

**From:** Sanchez, Angelita
**Sent:** Thursday, August 25, 2016 4:11 PM
**To:** Lasso, Luis F.; Aweidah, Ihab M.; Wehbe, Nathale; Kerry, Alexandra A.; Haroun, Suzanne; Ouad, Kaoutar; Aguilar, Carlos; Chihi, Hichem
**Cc:** Matar, Tania
**Subject:** Interpretation for Middle East Patients

### *A Reminder:*

Please ensure we are scheduling an interpreter for all patients even if the physician speaks Arabic. All physician appointments required patients to complete paperwork, some may even experience tests during an office visit which are handled by the physicians' nurse and/or tech therefore it is important and crucial that we have an interpreter with the patient.

Also, please document in ACT the need of an interpreter as this is the bases Luis schedules them. Your assistance in ensuring patients interpretation needs are met is appreciated.

Let me know if you have any questions.

-Angie

Exhibit 4 at 000002