# EXHIBIT 5

Exhibit 5 at 000001

# Chihi, Hichem

| | |
|---|---|
| **From:** | St. Luke's International |
| **Sent:** | Friday, September 16, 2016 9:48 AM |
| **To:** | Aweidah, Ihab M.; Chihi, Hichem |
| **Cc:** | Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed |
| **Subject:** | FW: Updated Report for ▉▉▉▉▉▉▉▉ |
| **Importance:** | High |

**From:** info@umsac.com [mailto:info@umsac.com]
**Sent:** Friday, September 16, 2016 8:39 AM
**To:** St. Luke's International
**Subject:** Updated Report for ▉▉▉▉▉▉▉▉
**Importance:** High

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

## UPDATE REPORT

Name of Patient: ▉▉▉▉▉▉▉▉

Name of Interpreter: Hossameldin Salem

Date of Service: September 15, 2016.

Location of interpretation: O'Quinn Medical Towers

Purpose of appointment / name of physician if office visits: Evaluation with Dr. Irving Fishman

| Change Medication | Follow-up required | New Referral |
|---|---|---|
| No | Yes | Yes |

Outcome of appointment:

Evaluation was done and Dr Fishman scheduled the patient for a surgical procedure on Tuesday, Sep 20, 2016 at 10:00 A.M. Patient to report to the 3rd floor, purple elevators. Patient was advised to fast by midnight except for very little water to take his regular medication.
N.B. The patient needs to cleared from the cardio logical point of view before the surgery to be able to go through the surgical procedure which will require anaesethia.

H. S.

**Chihi, Hichem**

| | |
|---|---|
| **From:** | St. Luke's International |
| **Sent:** | Tuesday, September 20, 2016 10:11 AM |
| **To:** | Aweidah, Ihab M.; Chihi, Hichem |
| **Cc:** | Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed |
| **Subject:** | FW: Updated report for ▇▇▇▇▇▇▇ |
| **Importance:** | High |

**From:** info@umsac.com [mailto:info@umsac.com]
**Sent:** Tuesday, September 20, 2016 9:57 AM
**To:** St. Luke's International
**Subject:** Updated report for ▇▇▇▇▇▇▇
**Importance:** High

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

## UPDATE REPORT

Name of Patient: ▇▇▇▇▇▇▇

Name of the Interpreter: Nadeen Ibrahim

Date of Service: September 19, 2016.

Location of interpretation: Baylor college of Medicine.

Purpose of appointment / name of physician if office visits: Consultation about the chemotherapy/Dr. Jun Zhang.

| Change Medication | Follow-up required | New Referral |
|---|---|---|
| No | Yes | No |

Outcome of appointment: The specialist were run behind for about an hour so the patient were waiting for more than an hour in the waiting room. The specialist explained the side effects of chemotherapy and when to start first dose. With the patient's history of losing the appetite and the energy for the last two weeks the specialist recommend to wait for one week to gain more weight.

Follow-up required by Patient Representative: Appointment will be scheduled for the first session of Chemotherapy.

N.I.

UMSAC
6400 Fannin st. Ste#2220B
Houston, TX 77030

1

Exhibit 5 at 000003

## Chihi, Hichem

**From:** St. Luke's International
**Sent:** Friday, September 16, 2016 8:08 AM
**To:** Aweidah, Ihab M.; Chihi, Hichem
**Cc:** Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed
**Subject:** FW: interpretation update

**From:** Hasan Al Abayechi [mailto:dr_hasan_88@yahoo.com]
**Sent:** Thursday, September 15, 2016 8:36 PM
**To:** St. Luke's International
**Cc:** interpreters@umsac.com
**Subject:** interpretation update

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

From: Hasan Al Abayechi

Date: 9/15/2016

update report

Name of the patient: ▓▓▓▓▓▓

Date of service: 9/15/2016

Location of service: St. Luke's Hospital O'Quinn towers.

purpose of appointment: Follow up

Outcome of the appointment: the Dr. gave the patient more medications and said that the patient health is being better and they need to wait more time for the endoscopy and the next appointment for the follow up will be in 9/29/2016 at 4:00 pm.

HA

1

Exhibit 5 at 000004

## Chihi, Hichem

| | |
|---|---|
| **From:** | St. Luke's International |
| **Sent:** | Wednesday, September 07, 2016 8:11 AM |
| **To:** | Kerry, Alexandra A.; Chihi, Hichem |
| **Cc:** | Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed |
| **Subject:** | FW: Interpreter Update |

**From:** Incoming Mail [mailto:zk.alsagri@yahoo.com]
**Sent:** Tuesday, September 06, 2016 5:32 PM
**To:** St. Luke's International
**Subject:** Interpreter Update

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

### Update Report

Name of the Patient: █████████

Date of Service: 9/6/2016

Location of Interpretation: Baylor college of medicine

Purpose of appointment: Follow Up

Outcome of appointment: The doctor did examine the patient and did want to see her within 6 weeks.

Follow up required by patient Representative: 10/4/2016  1:15 p.m for taking the injection
10/18/2016 10:00 a.m follow up with the doctor.

(Z.A)

1

Exhibit 5 at 000005

## Chihi, Hichem

| | |
|---|---|
| **From:** | St. Luke's International |
| **Sent:** | Tuesday, October 18, 2016 8:44 AM |
| **To:** | Kerry, Alexandra A.; Aweidah, Ihab M.; Chihi, Hichem |
| **Cc:** | Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed |
| **Subject:** | FW: UPDATE REPORT For ▇▇▇▇ |
| **Importance:** | High |

Good morning,

Ihab/Alexandra, which one of you two is patient representative, following this patient, appointments and needs? Since I see both of you working with this patient.

Please let me know so it can be document accordingly. Thanks

---

**From:** info@umsac.com [mailto:info@umsac.com]
**Sent:** Monday, October 17, 2016 7:29 PM
**To:** St. Luke's International
**Subject:** UPDATE REPORT For ▇▇▇▇
**Importance:** High

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

UPDATE REPORT

Name of Patient: ▇▇▇▇▇▇▇▇

Name of Interpreter: Hossameldin Salem

Date of Service: Monday, October 17, 2016

Location of interpretation: O'Quinn Medical Towers, Suite 2780

Purpose of appointment / name of physician if office visits: Evaluation with Dr Krajcer

| Change Medication | Follow-up required | New Referral |
|---|---|---|
| Yes | Yes | No |
| | | |

Outcome of appointment: The patient did an echocardiography then was seen by Dr. Krajcer who change the medication and requested for a holter monitor to be applied to the patient to monitor his heart for the coming 24h. He will be seen tomorrow around the same time. The holter was fitted.

N.B. The patient mentioned to Dr Krajcer that he has an appointment with Dr Lopez tomorrow as well.

1

Exhibit 5 at 000006

# Chihi, Hichem

**From:** St. Luke's International
**Sent:** Tuesday, September 06, 2016 11:00 AM
**To:** Aweidah, Ihab M.; Chihi, Hichem
**Cc:** Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed
**Subject:** FW: interpretation update

**From:** Hasan Ali [mailto:dr_hasan_88@yahoo.com]
**Sent:** Saturday, September 03, 2016 3:34 AM
**To:** St. Luke's International
**Cc:** Interpreters
**Subject:** interpretation update

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.


From: Hasan Al Abayechi


Date: 9/2/2016

update report

Name of the patient: ███████

Date of service: 9/2/2016

Location of service: St. Luke's Hospital O'Quinn towers.

purpose of appointment: Follow up

Outcome of the appointment: the Dr. prescribe medication for the patient and told the patient that he need to see him after two weeks to see the effect of the medications and the next appointment will be at 9/19/2016

HA

## Chihi, Hichem

**From:** St. Luke's International
**Sent:** Wednesday, August 31, 2016 8:18 AM
**To:** Kerry, Alexandra A.; Chihi, Hichem
**Cc:** Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed
**Subject:** FW: Interpretres Update

**From:** Incoming Mail [mailto:zk.alsagri@yahoo.com]
**Sent:** Tuesday, August 30, 2016 5:08 PM
**To:** St. Luke's International
**Subject:** Interpretres Update

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

### Update Report

Name of the Patient: ███████

Date of Service: 8/30/2016

Location of Interpretation: Baylor College of medicine

Purpose of appointment: Follow up

Outcome of appointment: The patient was having a swelling in her right arm and the doctor is going to refer her to the lymphedema clinic

Follow up required by patient Representative:
She already have an appointment with the doctor on september the 6th on 11:30 a.m

(Zaynab AL-Sagri)

# Chihi, Hichem

| | |
|---|---|
| **From:** | St. Luke's International |
| **Sent:** | Friday, September 16, 2016 9:48 AM |
| **To:** | Aweidah, Ihab M.; Chihi, Hichem |
| **Cc:** | Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed |
| **Subject:** | FW: Updated Report for ████████ |
| **Importance:** | High |

**From:** info@umsac.com [mailto:info@umsac.com]
**Sent:** Friday, September 16, 2016 8:39 AM
**To:** St. Luke's International
**Subject:** Updated Report for ████████
**Importance:** High

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

## UPDATE REPORT

Name of Patient: ████████

Name of Interpreter: Hossameldin Salem

Date of Service: September 15, 2016.

Location of interpretation: O'Quinn Medical Towers

Purpose of appointment / name of physician if office visits: Evaluation with Dr. Irving Fishman

| Change Medication | Follow-up required | New Referral |
|---|---|---|
| No | Yes | Yes |

Outcome of appointment:

Evaluation was done and Dr Fishman scheduled the patient for a surgical procedure on Tuesday, Sep 20, 2016 at 10:00 A.M. Patient to report to the 3rd floor, purple elevators. Patient was advised to fast by midnight except for very little water to take his regular medication.
N.B. The patient needs to cleared from the cardio logical point of view before the surgery to be able to go through the surgical procedure which will require anaesethia.

H. S.

1

Exhibit 5 at 000009

## Chihi, Hichem

**From:** St. Luke's International
**Sent:** Wednesday, September 07, 2016 8:11 AM
**To:** Kerry, Alexandra A.; Chihi, Hichem
**Cc:** Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed
**Subject:** FW: Interpreter Update

**From:** Incoming Mail [mailto:zk.alsagri@yahoo.com]
**Sent:** Tuesday, September 06, 2016 5:32 PM
**To:** St. Luke's International
**Subject:** Interpreter Update

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

### Update Report

Name of the Patient: ███████

Date of Service: 9/6/2016

Location of Interpretation: Baylor college of medicine

Purpose of appointment: Follow Up

Outcome of appointment: The doctor did examine the patient and did want to see her within 6 weeks.

Follow up required by patient Representative: 10/4/2016  1:15 p.m for taking the injection
10/18/2016 10:00 a.m follow up with the doctor.

(Z.A)

1

Exhibit 5 at 000010

**Chihi, Hichem**

| | |
|---|---|
| **From:** | St. Luke's International |
| **Sent:** | Friday, November 18, 2016 9:02 AM |
| **To:** | Wehbe, Nathale; Chihi, Hichem |
| **Cc:** | Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed |
| **Subject:** | FW: UPDATE REPORT for ▓▓▓▓▓▓▓▓▓ |
| **Importance:** | High |

**From:** info@umsac.com [mailto:info@umsac.com]
**Sent:** Friday, November 18, 2016 7:11 AM
**To:** St. Luke's International
**Subject:** UPDATE REPORT for ▓▓▓▓▓▓▓▓▓
**Importance:** High

CAUTION: This email is not from a CHI source. Only click links or open attachments you know are safe.

## UPDATE REPORT

Name of the Patient: ▓▓▓▓▓▓▓▓▓

Name of Interpreter: Ahmed Ayd

Date of Service: 11/17/2016

Location of Interpretation: St. Luke's O'Quinn Medical Towers.

Purpose of appointment: Chest X-Ray, blood work up, Pulmonary function test, Treadmill ECG, visual and auditory assessment.

| Change Medication | Follow-up required | New Referral |
|---|---|---|
| No | Yes | No |

Outcome of appointment: Tests results to be evaluated and discussed with Dr. Hoffman.

Follow up required by patient Representative:

(A.A)

1

Exhibit 5 at 000011

**Chihi, Hichem**

| | |
|---|---|
| **From:** | St. Luke's International |
| **Sent:** | Friday, November 18, 2016 9:02 AM |
| **To:** | Wehbe, Nathale; Chihi, Hichem |
| **Cc:** | Matar, Tania; Sanchez, Angelita; Al Solh, Ahmed |
| **Subject:** | FW: UPDATE REPORT for ▮▮▮▮▮ |
| **Importance:** | High |

**From:** info@umsac.com [mailto:info@umsac.com]
**Sent:** Friday, November 18, 2016 7:11 AM
**To:** St. Luke's International
**Subject:** UPDATE REPORT for ▮▮▮▮▮
**Importance:** High

**CAUTION:** This email is not from a CHI source. Only click links or open attachments you know are safe.

## UPDATE REPORT

Name of the Patient: ▮▮▮▮▮

Name of Interpreter: Ahmed Ayd

Date of Service: 11/17/2016

Location of Interpretation: St. Luke's O'Quinn Medical Towers.

Purpose of appointment: Chest X-Ray, blood work up, Pulmonary function test, Treadmill ECG, visual and auditory assessment.

| Change Medication | Follow-up required | New Referral |
|---|---|---|
| No | Yes | No |

Outcome of appointment: Tests results to be evaluated and discussed with Dr. Hoffman.

Follow up required by patient Representative:

(A.A)

Exhibit 5 at 000012