# EXHIBIT 6

Exhibit 6 at 000001

## Chihi, Hichem

| | |
|---|---|
| **From:** | Aguilar, Carlos |
| **Sent:** | Tuesday, August 23, 2016 8:35 AM |
| **To:** | Haroun, Suzanne; Ouad, Kaoutar; Kerry, Alexandra A.; Wehbe, Nathale; Chihi, Hichem; Aweidah, Ihab M.; Lasso, Luis F.; De La Garza, Raquel; Modelska, Monica B.; Jaramillo, Ana L. |
| **Cc:** | Lemos, Loideth E.; Sanchez, Angelita |
| **Subject:** | appts at clinics TUES-08/23 |

Good morning Team,

Please see below [appts. in blue], please contact the physicians' offices to ensure any testing, etc. be returned to BSLMC if possible.
Also, please contact the patient(s) the day before [*for Monday morning appointments, please call on Fridays*] to ensure they come to their appointment(s) to help decrease scheduling interpreters or physician appointment(s) unnecessarily.

Please confirm if you were able to touch base with your patient and/or physician's office(s).
Thank you – Carlos.

1

Exhibit 6 at 000002



Chihi, Hichem

| | |
|---|---|
| **From:** | Aguilar, Carlos |
| **Sent:** | Friday, September 16, 2016 8:17 AM |
| **To:** | Haroun, Suzanne; Ouad, Kaoutar; Kerry, Alexandra A.; Wehbe, Nathale; Chihi, Hichem; Aweidah, Ihab M.; Lasso, Luis F.; De La Garza, Raquel; Modelska, Monica B.; Jaramillo, Ana L. |
| **Cc:** | Martinez, Maria del Pilar; TovarAllen, Atala S.; Lemos, Loideth E.; Sanchez, Angelita |
| **Subject:** | appts at clinics FRIDAY 09/16 |

Dear Team,

Please see below [appts. in blue], please contact the physicians' offices to ensure any testing, etc. be returned to BSLMC if possible.

Also, please contact the patient(s) the day before [*for Monday morning appointments, please call on Fridays*] to ensure they come to their appointment(s) to help decrease scheduling interpreters or physician appointment(s) unnecessarily.

Please confirm if you were able to touch base with your patient and/or physician's office(s).
Thank you – Carlos.

1

Exhibit 6 at 000004



## Chihi, Hichem

| | |
|---|---|
| **From:** | Aguilar, Carlos |
| **Sent:** | Tuesday, September 27, 2016 8:29 AM |
| **To:** | Haroun, Suzanne; Ouad, Kaoutar; Kerry, Alexandra A.; Wehbe, Nathale; Chihi, Hichem; Aweidah, Ihab M.; Lasso, Luis F.; De La Garza, Raquel; Modelska, Monica B.; Jaramillo, Ana L. |
| **Cc:** | Martinez, Maria del Pilar; TovarAllen, Atala S.; Lemos, Loideth E.; Sanchez, Angelita |
| **Subject:** | appts at clinics TUESDAY 09/27 |

Good morning Team,

Please see below [appts. in blue], please contact the physicians' offices to ensure any testing, etc. be returned to BSLMC if possible.
Also, please contact the patient(s) the day before [*for Monday morning appointments, please call on Fridays*] to ensure they come to their appointment(s) to help decrease scheduling interpreters or physician appointment(s) unnecessarily.

Please confirm if you were able to touch base with your patient and/or physician's office(s).
Thank you – Carlos.

1

Exhibit 6 at 000006



Chihi, Hichem

| | |
|---|---|
| **From:** | Aguilar, Carlos |
| **Sent:** | Tuesday, October 04, 2016 8:19 AM |
| **To:** | Haroun, Suzanne; Ouad, Kaoutar; Kerry, Alexandra A.; Wehbe, Nathale; Chihi, Hichem; Aweidah, Ihab M.; Lasso, Luis F.; De La Garza, Raquel; Modelska, Monica B.; Jaramillo, Ana L. |
| **Cc:** | Martinez, Maria del Pilar; TovarAllen, Atala S.; Lemos, Loideth E.; Sanchez, Angelita |
| **Subject:** | appts at clinics TUESDAY 10/04 |

Good morning Team – October is here!

Please see below [appts. in blue], please contact the physicians' offices to ensure any testing, etc. be returned to BSLMC if possible.

Also, please contact the patient(s) the day before [*for Monday morning appointments, please call on Fridays*] to ensure they come to their appointment(s) to help decrease scheduling interpreters or physician appointment(s) unnecessarily.

Please confirm if you were able to touch base with your patient and/or physician's office(s).
Thank you – Carlos.

1

Exhibit 6 at 000008



# Chihi, Hichem

| | |
|---|---|
| **From:** | Aguilar, Carlos |
| **Sent:** | Tuesday, November 15, 2016 8:27 AM |
| **To:** | Ouad, Kaoutar; Wehbe, Nathale; Chihi, Hichem; Aweidah, Ihab M.; Lasso, Luis F.; De La Garza, Raquel; Benitez, Patricia E.; Modelska, Monica B.; Jaramillo, Ana L. |
| **Cc:** | Martinez, Maria del Pilar; TovarAllen, Atala S.; Lemos, Loideth E.; Sanchez, Angelita |
| **Subject:** | appts at clinics TUESDAY 11/15 |

Good morning Team!

Please see below [appts. in blue], please contact the physicians' offices to ensure any testing, etc. be returned to BSLMC if possible.
Also, please contact the patient(s) the day before [*for Monday morning appointments, please call on Fridays*] to ensure they come to their appointment(s) to help decrease scheduling interpreters or physician appointment(s) unnecessarily.

Please confirm if you were able to touch base with your patient and/or physician's office(s).
Thank you – Carlos.

1

Exhibit 6 at 000010



Exhibit 6 at 000011

## Chihi, Hichem

| | |
|---|---|
| **From:** | Aguilar, Carlos |
| **Sent:** | Thursday, December 22, 2016 8:45 AM |
| **To:** | Ouad, Kaoutar; Wehbe, Nathale; Haroun, Suzanne; Chihi, Hichem; Aweidah, Ihab M.; De La Garza, Raquel; Benitez, Patricia E.; Modelska, Monica B.; Jaramillo, Ana L. |
| **Cc:** | Martinez, Maria del Pilar; TovarAllen, Atala S.; Lemos, Loideth E.; Sanchez, Angelita |
| **Subject:** | appts at clinics 12/22+12/23 |

Good morning Team!

Please see below [appts. in blue], please contact the physicians' offices to ensure any testing, etc. be returned to BSLMC if possible.

Also, please contact the patient(s) the day before [*for Monday morning appointments, please call on Fridays*] to ensure they come to their appointment(s) to help decrease scheduling interpreters or physician appointment(s) unnecessarily.

Please confirm if you were able to touch base with your patient and/or physician's office(s).

Thank you – Carlos.

1

Exhibit 6 at 000012



2

Exhibit 6 at 000013

Chihi, Hichem

| From: | De La Garza, Raquel |
|---|---|
| Sent: | Monday, January 09, 2017 8:42 AM |
| To: | Benitez, Patricia E.; Lasso, Luis F.; Aweidah, Ihab M.; Wehbe, Nathale; Haroun, Suzanne; Ouad, Kaoutar; Chihi, Hichem; Aguilar, Carlos |
| Cc: | Sanchez, Angelita |
| Subject: | New Patient Form |
| Attachments: | Patient Follow-up Form.docx |
| Importance: | High |

Good morning Reps,
Reminder: Please provide a copy of this form to each patient prior to their physician visit (please complete the mid highlighted section). Collecting these from the patients will be critical so please ensure you reach out to them after their visits. All forms will be collected at the end of the week. Below is our act list for today:

Thank you,
Raquel

| Date | Time | Scheduled With | Regarding | Location |
|---|---|---|---|---|
| 1/7/2017 | 10:30 AM | | Direct Admission | BSLMC |
| 1/9/2017 | 7:30 AM | | Surgery | BSLMC |
| 1/9/2017 | 8:00 AM | | Labs | THI |
| 1/9/2017 | 8:00 AM | | Evaluation | Dr. Bueso / 5711 Almeda |
| 1/9/2017 | 8:30 AM | | Labs | BCM, 1450 |
| 1/9/2017 | 8:30 AM | | CXLD Evaluation | 6400 Fannin St., Suite 2900 |
| 1/9/2017 | 8:30 AM | | Pre-op | 1977 Butler, Ste E1 00 |
| 1/9/2017 | 8:45 AM | | Evaluation (IN) | BCM, 1450 |
| 1/9/2017 | 10:00 AM | | Cataract Eye Surgery | Jamail Center |
| 1/9/2017 | 10:00 AM | | Evaluation | OQMT |
| 1/9/2017 | 11:00 AM | | Mammogram, U/S | OQMT, 10th Fl |
| 1/9/2017 | 11:30 AM | | Breast U/S | OQMT, 10 th Fl |
| 1/9/2017 | 11:30 AM | | Evaluation | OQMT - 6624 Fannin St., Suite 1910 |
| 1/9/2017 | 1:00 PM | | Evaluation (Ihab) | OQMT 2480 |
| 1/9/2017 | 1:00 PM | | Evaluation heart transplant | Delgado / C350 |
| 1/9/2017 | 1:00 PM | | Chest X-Ray | OQMT, 10th fl |
| 1/9/2017 | 2:00 PM | | MRI of Brain | BSLMC, B1 Radiology |
| 1/9/2017 | 2:00 PM | | Evaluation (Ihab) | OQMT 2480 |
| 1/9/2017 | 2:00 PM | | Evaluation [Rasha will interpret] | Diaz, 6400 Fannin st. suite 2900 |
| 1/9/2017 | 2:00 PM | | Evaluation (IN) | 6400 Fannin #2900 |
| 1/9/2017 | 2:40 PM | | Evaluation | BCM - 6620 Main St. Suite 1350 |
| 1/9/2017 | 3:00 PM | | CT of Brain | BSLMC, B1 Radiology |
| 1/9/2017 | 4:00 PM | | CXLD Evaluation | OQMT- 6624 Fannin St., Suite 2560 |

1

Exhibit 6 at 000014

**From:** Sanchez, Angelita
**Sent:** Wednesday, January 04, 2017 11:34 AM
**To:** Benitez, Patricia E.; Lasso, Luis F.; De La Garza, Raquel; Aweidah, Ihab M.; Wehbe, Nathale; Haroun, Suzanne; Ouad, Kaoutar; Chihi, Hichem; Aguilar, Carlos
**Subject:** New Patient Form

Attached, please find the new patient follow-up form we discussed yesterday.

As we identify ways to increase our international volume, I am asking you to provide a copy of this form to each patient prior to their physician visit (please complete the mid highlighted section). Our objective to this is to have documentation on patients' follow-up as well as a sense of the physicians' offices feedback on what tests/procedures are being requested. Collecting these from the patients will be critical so please ensure you reach out to them after their visits.

I will be collecting these forms to share with Tania so please forward a copy to me once you receive them. Any questions on the form or the process let me know. Thanking you for your continued assistance to the services we provide to our international patients.

-Angie

2

Exhibit 6 at 000015

# Chihi, Hichem

| | |
|---|---|
| From: | Aguilar, Carlos |
| Sent: | Tuesday, August 08, 2017 8:44 AM |
| To: | Wehbe, Nathale; Haroun, Suzanne; Chihi, Hichem; Jaramillo, Ana L.; De La Garza, Raquel; TovarAllen, Atala S.; Lasso, Luis F.; Lopez, Andra; Williams, Brittney; Maldonado, Roger; Lemos, Loideth E. |
| Cc: | Sanchez, Angelita; Matar, Tania |
| Subject: | appts at clinics TUESDAY 08/08 |

Dear Team!

Please see below [appts. in blue], please contact the physicians' offices to ensure any testing, etc. be returned to BSLMC if possible.

Also, please contact the patient(s) the day before [*for Monday morning appointments, please call on Fridays*] to ensure they come to their appointment(s) to help decrease scheduling interpreters or physician appointment(s) unnecessarily.

Please confirm if you were able to touch base with your patient and/or physician's office(s).
Thank you – Carlos.

1

Exhibit 6 at 000016



| Date | Time | Scheduled With | Phone Ext. | Type | Regarding |
|---|---|---|---|---|---|
| 8/8/2017 | 8:00 AM | | Saudi Arabia | | CXLD Labs |
| 8/8/2017 | 8:00 AM | | Mexico | | MRI |
| 8/8/2017 | 8:30 AM | | Qatar | | Evaluation |
| 8/8/2017 | 8:30 AM | | Saudi Arabia | | CXLD 6min walk |
| 8/8/2017 | 9:00 AM | | Qatar | | NIC Max VO2; treadmill BD; direct admission - a |
| 8/8/2017 | 9:00 AM | | Qatar | | NIC MAX VO2 |
| 8/8/2017 | 9:00 AM | | Saudi Arabia | | CXLD Spirometry |
| 8/8/2017 | 9:30 AM | | Saudi Arabia | | CXLD XRAY Chest |
| 8/8/2017 | 10:00 AM | | Qatar | | Chemotherapy |
| 8/8/2017 | 10:00 AM | | El Salvador | | Evaluation |
| 8/8/2017 | 10:00 AM | | Saudi Arabia | | CXLD Evaluation |
| 8/8/2017 | 10:00 AM | | Qatar | | NIC TREADMILL |
| 8/8/2017 | 10:00 AM | | Qatar | | Labs |
| 8/8/2017 | 10:00 AM | | Mexico | | Bilateral Diagnostic Mammogram |
| 8/8/2017 | 10:00 AM | | El Salvador | | Evaluation |
| 8/8/2017 | 10:30 AM | | Venezuela | | CT Brain w/& w/o contrast |
| 8/8/2017 | 10:30 AM | | Venezuela | | CT Brain w & w/o contrast - account PTD |
| 8/8/2017 | 10:30 AM | | Mexico | | Bilateral U/S of the breast |
| 8/8/2017 | 10:40 AM | | Honduras | | Evaluation |
| 8/8/2017 | 11:00 AM | | Qatar | | BONE DENSITY |
| 8/8/2017 | 12:00 PM | | Mexico | | Surgery |
| 8/8/2017 | 12:15 PM | | Mexico | | U/S Abdomen |
| 8/8/2017 | 12:15 PM | | Mexico | | U/S Abdomen |
| 8/8/2017 | 1:00 PM | | Mexico | | EGD w Cryotherapy |
| 8/8/2017 | 1:00 PM | | Qatar | | Evaluation |
| 8/8/2017 | 2:30 PM | | Qatar | | MRI Ankle left |

Exhibit 6 at 000017