# EXHIBIT 8

Exhibit 8 at 000001

Baylor St. Luke's Medical Center

# Interpretation Requests

(International and Domestic patients)

August, 2015

SOURCE: Log Daily Interpretations – Documentation kept in International share drive

Exhibit 8 at 000002



Interpretation Requests by Location

Exhibit 8 at 000003

| Area | Total Minutes |
|---|---|
| MD Office | 11790 |
| BCM, Liver Center | 2070 |
| Heart & Lung Clinic | 990 |
| OQMT, 10th Floor | 690 |
| BSLMC, 12th Floor | 390 |
| SLKG | 360 |
| BSLMC, 7th Tower | 240 |
| THI Clinic | 240 |
| OQMT, 12th Floor | 230 |
| BSLMC, Day Surgery | 210 |
| BSLMC, B1 | 210 |
| BSLMC, 7S3 | 180 |
| OQMT, 11th Floor | 180 |
| BSLMC, 6th Outpatient | 120 |
| BSLMC, 14th Floor | 120 |
| BSLMC, CV Area | 120 |
| OQMT, Women's Center | 60 |
| BSLMC, 15th tower | 45 |
| BSLMC, 4th Floor | 45 |
| BSLMC, 7S5 | 30 |
| pharmacist | 20 |
| BSLMC, 7S1 | 10 |



Interpretation Requests by Area
(Total Minutes)

Exhibit 8 at 000004

## Interpretation Requests Assisted By



| Assisted by | Total |
|---|---|
| Outsource Company | 123 |
| Staff | 26 |
| Canceled | 12 |
| Total | 161 |

Exhibit 8 at 000005

## Total Arabic Interpretations
## By Outsource Agency
## Feb - Mar - Apr, 2015

■ February   ■ March   ■ April

| | February | March | April |
|---|---|---|---|
| Hospital | 6 | 11 | 8 |
| MD Office | 30 | 38 | 37 |
| PET Imaging | 1 | 2 | 3 |

## Arabic Interpretations
## Total Hours
## By Outsource Agency
## Feb - Mar - Apr, 2015

■ Hospital   ■ MD Office   ■ PET Imaging

| | Hospital | MD Office | PET Imaging |
|---|---|---|---|
| | 14 | 62.5 | 2.5 |
| | 20 | 81 | 5.25 |
| | 16 | 75 | 6 |

Exhibit 8 at 000006



## Activities January - June FY2016

**Legend:**
- Test/Proc at MD's Office
- Test/Proc at BSLMC
- MD Evaluation
- Cancellations
- # of Interpretations

Test/Proc: 1247
MD Eval: 999
Cancellations: 330
Total Activities: 2576

| Name | Value |
|------|-------|
| Lorena Jaramillo | 453 |
| Kaoutar Ouad | 309 (22) |
| Nathale Wehbe | 282 (41) |
| Monica Modeska | 282 (1) |
| Luis Fernando Lasso | 275 |
| Carlos Aguilar | 251 |
| Hichem Chihi | 205 |
| Ihab Aweidah | 198 (40) |
| Suzanne Haroun | 133 |
| Raquel De la Garza | 111 (70) |
| Alexandra Kerry | 77 (109) |

Exhibit 8 at 000007



International Referrals Activities
July - June, FY2016

- Test/Proc at BSLMC
- MD Evaluation
- Cancellations
- Test/Proc at MD's Office
- Air Ambulance

Test/Proc at BSLMC — 2294
MD Evaluation — 1908
Cancellations — 619
Test/Proc at MD's Office — 177
Air Ambulance — 2

Exhibit 8 at 000008



Exhibit 8 at 000009



International Referrals - Inquiries/Referrals
September
Fiscal Year 2017

Inquiries: 68
Referrals: 34
Grand Total: 102

Exhibit 8 at 000010



Exhibit 8 at 000011



International Referrals - Inquiries/Referrals
October
Fiscal Year 2017

Inquiries: 83
Referrals: 44
Grand Total: 127

Exhibit 8 at 000012



# International Referrals Activities
## October
## Fiscal Year 2017

Test/Proc: 201
MD Eval: 156
Cancellations: 58
Total Activities: 415

■ Test/Proc at MD's Office
■ Test/Proc at BSLMC
■ MD Evaluation
■ Cancellations
■ # of Interpretations

Raquel De la Garza — 71, 7
Luis Fernando Lasso — 57, 9
Hichem Chihi — 53, 0
Lorena Jaramillo — 45, 0
Carlos Aguilar — 41, 0
Ihab Aweidah — 34, 14
Nathalie Wehbe — 28, 9
Suzanne Haroun — 25, 9
Alexandra Kerry — 23, 0
Kaoutar Ouad — 22, 17
Monica Modelska — 16, 0

Exhibit 8 at 000013



International Patient Activities
December
Fiscal Year 2017

■ MD Evaluation   ■ Test/Proc at BSLMC   ■ Inquiries   ■ Interpretations   ■ PT Account

MD Eval: 105
BSLMC Test/Proc: 108
Inquiries: 70
Interpretations: 30
PT Account: 0

Exhibit 8 at 000014



International Patient Services
Number of Interpretations Provided by Staff
September
Fiscal Year 2017

Exhibit 8 at 000015



International Patient Services
Number of Interpretations Provided by Staff
November
Fiscal Year 2017

Exhibit 8 at 000016