# EXHIBIT 10

Exhibit 10 at 000001

TO:   Physician Office Staff                             Date:   November 10, 2015

RE:   ORDERs and Scheduling for International patients

From time to time, our International department receives an ORDER from the physicians' office to assist in scheduling a test for an international patient. As needed, the International department will continue to be a bridge between the physicians' office and Central Scheduling to ensure international patients have a positive experience at Baylor St. Luke's Medical Center.

Next month in December however, Central Scheduling will be under a new leadership named Conifer. With the new change, we want to make sure we follow Central Scheduling's process by asking the physicians' office to fax directly (if this is your normal process for domestic) all physician ORDERs to Central Scheduling. By allowing Central Scheduling to receive the ORDER first, they will be able to contact you to answer question(s) that may arise on the ORDER. Once this has been completed, the same ORDER can be faxed to the International department so we can (1) contact patient for their date/time availability, (2) secure financial clearance for the test and (3) schedule the test with Central Scheduling. I have taken the liberty of preparing a Fax Cover sheet that will hopefully expedite the process when you fax the ORDER to both Central Scheduling and International. The fax numbers are already noted and there is a note for Central Scheduling that the International department will be contacting them to schedule the test.

Again, we will continue to assist as we have in the past, the only change is the physicians' office staff will (1) first fax the ORDER to Central Scheduling then (2) fax the ORDER to International Services to proceed in scheduling. If you have any questions about this information, please call me directly at 832/355-6475. I am also available to visit with you should there be a need.

Thanking you in advance for your assistance to this request.


Angelita Sanchez
International Services
Baylor St. Luke's Medical Center

Cc:   Copy of the Fax Cover Sheet (to be attached to the ORDER – please make additional copies)
      Appointment Scheduling Workflow (see your role under: PHYSICIAN)

Exhibit 10 at 000002

## Services Provided to International Patients

- **Registration** for any outpatient test or procedure recommended by your doctor to be performed at Baylor St. Luke's Medical Center

- **Scheduling Assistance** We will schedule any last minute test or procedure recommended by your doctor.

- **Airline changes** due to medical reasons. We will provide letters of excuse for the airlines.

- **Hotel and apartment reservations** with medical rates.

- **Transportation arrangements** to and from the airport-hotel-airport. We will request assistance at the airport with immigration process and request assistance of a wheelchair if necessary.

- **Medical Referrals** In case of needing a medical referral for a relative or friend; consult your doctor first or visit us personally.

- **Receive or send a fax** anywhere in the world free of charge.

- **General Information** about the Hospital, Medical Center and the Houston area.

- **Coordination of next appointment or visit** will be available to international patients with their airline, hotel and transportation reservations.

All of these services are provided complimentary by the International Department of Baylor St. Luke's Medical Center. Visit us on the first floor of the St. Luke's Medical Tower, across from the pharmacy. Our telephone number is: (832) 355-8642.

Exhibit 10 at 000003

Patient Name:_____
DOB:_____

Page 1 / 2

# Fax

| TO: | Central Scheduling | Fax #: 832/355-7612 |
|---|---|---|
| CC: | International Services / Attn: Referral Staff | Fax #: 832/355-3002 |
| DATE: | | |

FROM: _____          _____
                      *PRINT YOUR NAME*                                                  *YOUR PHONE*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *Note to Central Scheduling (C.S.):*

*(1) Please contact physician's office directly for questions on ORDER.*
*(2) International staff will contact C.S. to schedule test and clear financials for int'l patient.*

Exhibit 10 at 000004