# EXHIBIT 12

Exhibit 12 at 000001

*To*: Embassy of United Arab Emirates

 CHI St. Luke's Health

**Patient Name:** ▇▇▇▇▇▇▇▇

**Letter of Guarantee:** Reference # 022000

**Account Number:** Date(s) of Hospitalization:

| Account Number | Date(s) of Hospitalization | Charges | Discount 30% | Total |
|---|---|---|---|---|
| 10050792491 | 2/12/2016 | $ 1,488.00 | $ 446.40 | $ 1,041.60 |
| 10050778408 | 2/15 to 2/29/2016 | $ 31,408.25 | $ 9,422.48 | $ 21,985.78 |
| 10050798458 | 2/22/2016 | $ 5,280.61 | $ 1,584.18 | $ 3,696.43 |
| 10050798215 | 2/23 to 2/29/2016 | $ 61,211.00 | $ 18,363.30 | $ 42,847.70 |
| **Total Charges for St. Luke's Hospital** | | **$ 99,387.86** | **$ 29,816.36** | **$ 69,571.50** |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| Provider | Charges | Discount | Total |
|---|---|---|---|
| Luis H Camacho, MD | $ 500.00 | $ 0.00 | $ 500.00 |
| Singleton Associates | $ 895.00 | $ 179.00 | $ 716.00 |
| MH Radiation Oncology | $ 2,156.00 | $ 0.00 | $ 2,156.00 |
| Pet Imaging of Houston | $ 5,400.00 | $ 0.00 | $ 5,400.00 |
| **Total Charges for Physicians/Providers:** | **$ 8,951.00** | **$ 179.00** | **$ 8,772.00** |

**GRAND TOTAL:** $ 108,338.86   $ 29,995.36   $ 78,343.50

**SUMMARY:**

| | |
|---|---|
| SLEH HOSPITAL | $ 69,571.50 |
| PROVIDERS/PHYSICIANS | $ 8,772.00 |
| TOTAL | $ 78,343.50 |

*\*\*\*Please ensure all payments are done in accordance to what is referenced above\*\*\**

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. *Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.*

**CHI St.Luke's Health Baylor College of Medicine Medical Center**

*P.O. Box 4335*

*Houston, TX 77210-4335*

Exhibit 12 at 000002