# EXHIBIT 13

Exhibit 13 at 000001

ssociates

| Provider | MR Number | Comments | Bill Status |
|---|---|---|---|
| Leachman Cardiology Associates | (O)2145516 | | |
| Leachman Cardiology Associates | (O)5062965 | | Pre-Payment |
| Leachman Cardiology Associates | (O)5062559 | | Insurance |
| Leachman Cardiology Associates | (O)2636869 | | Bill Patient |
| Leachman Cardiology Associates | (O)2017570 | | Adjusted closed bill |
| Leachman Cardiology Associates | (O)5080153 | | Bill Patient |

Exhibit 13 at 000002

## PHYSICIAN'S FEES

| PATIENT NAME: ███████ | | **UPDATE LETTER** |
| --- | --- | --- |
| | | DATE: 03/06/2012 |
| | | MR#:A03113021 |

As a courtesy, please find enclose the invoices of the Providers that were on the case. These charges are separate from the hospital.

### TOTAL CHARGES

| Provider | Amount | Notes |
| --- | --- | --- |
| JOSEPH COSELLI, MD | | BILLED YOU DIRECTLY * |
| GULF COAST PATHOLOGY | $5,184.80 | (20% included) |
| GHHN CV ANESTHESIA | $8,160.60 | (30% included) |
| SINGLETON ASSOCIATES | $492.80 | (30% included) |
| ARYA BASANT, MD (BAYLOR) | $455.00 | Card-Echo Doppler Interpretation |
| YOCHAI BIRNBAUM, MD | $30.00 | Card-Ekg Interpretation |
| JOSE CASAR, MD (PULMONARY) | | BILLED YOU DIRECTLY * |
| OTHER CONSULTANTS | | Not available yet. |
| **Total Physician and Ancillary Services** | $14,323.20 | |
| **BALANCE DUE:** | | $14,323.20 |

Please remit one of the following means:
**Credit Cards**:-American Express /   /;   Visa /   /;   Discover /   /; MasterCard /   /
**Account number**:                          **Expiration Date:**
**Name:**                                    **Signature:**

**Check mail to:**
St. Luke's Episcopal Hospital
6720 Bertner #B734 (International)
Houston, Texas 77030

**For Other Inquiries**
Mari Carmen Griesser
fax #:832-3558712
Phone #:832-3556391

**Wire Transfer (Bank to Bank)**
Bank of America
1020 Holcombe
Houston, Texas 77030
ABA#0260-0959-3
SWIFT ADDRESS:BOFAUS3N
ACCOUNT NAME:St.Luke's Episcopal Hospital
ACCOUNT NUMBER: 003310141085
SPECIAL INTRUCTIONS:Patient name

Exhibit 13 at 000003

## Check Delivery Form-11/7/2012

| Floor | Suite | Dr.Office Name/Group | Nuber of Checks | Copy of check signed (y/n) |
|---|---|---|---|---|
| 12 | 1240 | St. Lukes Medical Clinic | 1 | |
| 14 | 1460 | Dr. Attia | 1 | |
| 14 | 1480 | The Center for ENT | 1 | |
| 17 | 1720 | Dr. S Feghali | 1 | |
| 17 | 1710 | Dr. Nasser | 1 | |
| 20 | 20 | Kelsey-Seybold Clinic | 1 | |
| 21 | 2105 | Eye Excellence | 1 | |
| 26 | 2600 | Bone and Joint Clinic | 1 | |
| | | **Total Checks** | **8** | |
| | | **Delivered By:** | | |

Exhibit 13 at 000004

FINANCIAL SUMMARY    FINAL HOSPITAL ONLY
DATE: 11/15/2016
NAME: 
MR#: 5306714

As a Courtesy,
Per your request, we have paid additional medical expenses to the extent of funds remaining after hospital charges have been deducted from the d( (*)See below.

| | Date | | Amount | Totals: |
|---|---|---|---|---|
| Deposits: | 9/7/2016 | (Master Card) | $15,000.00 | |
| | 9/8/2016 | (Master Card) | $117.00 | |
| | 9/19/2016 | (Wire Transfer) | $149,962.00 | |
| | 10/5/2016 | (Wire Transfer) | $89,962.00 | |
| | 10/21/2016 | (Master Card) | $14,700.00 | $269,741.00 |

| | | | | |
|---|---|---|---|---|
| Hospital charges: | Har#10050943436 | 9/9/2016 | $32,523.75 | |
| See note | Har#10050948216 | 09/21-10/03/2016 | $506,503.00 | |
| (*) | Har#10050965449 | 10/08-10/14/2016 | $53,592.00 | $592,618.75 |
| | | Less 55% Discount: | | ($-325,940.31) |
| | | Total Hospital Charges: | | $266,678.44 |
| | | Minus Total Deposits: | | (-$269,741.00) |
| | Total amount available for assignment | | | ($3,062.56) (Credit |

| Providers Names | Paid | |
|---|---|---|
| Cardiovascular Anesthesia | $9,737.00 | (see invoice) |
| | | |
| | | |
| | | |
| TOTAL AMOUNT ASSIGNED: | | $9,737.00 |
| TOTAL HOSPITAL BALANCE: (Debit) | | $6,674.44 |

(*) Note: Hospital charges increased after Audit results.
Charges were not final before you left the hospital.

( )  You have oustanding balance(s) with the following physician group(s).
     Please send payments directly to them:    (attached contact names)

| | | |
|---|---|---|
| Singleton Assocs,(Radiologist) | Billed directly | |
| Community Pathologist Asscs | $14,035.65 | (From 09/21-10/03/2016 see enclose invoices) |
| Emergency Physicians | 1,100.00 | (See enclose invoice) |
| Ekg Interpretations (Baylor) | Billed directly | |
| Baylor Physicians | Billed directly | |
| Pulmonologist (Baylor) | Billed directly | |
| Other Consultants | N/A | |

Mari Carmen Griesser
International Patient Advocate (Finance)
Telephone: (832)355-6391
Fax:    (832)355-8712
email:  mgriesser@stlukeshealth.org

Exhibit 13 at 000005

Hospital Final Summary
DATE: 11/15/2016
NAME:
MR#: 5306714



*Imagine better health.*

As a courtesy as per your request, we have paid additional medical expenses to the extent of funds remaining after hospital charges have been deducted from the hospital deposit.

Deposits:

| Date | Form of pmt | Amount | Totals: |
|---|---|---|---|
| 9/7/2016 | (Master Card) | $15,000.00 | |
| 9/8/2016 | (Master Card) | $117.00 | |
| 9/19/2016 | (Wire Transfer) | $149,962.00 | |
| 10/5/2016 | (Wire Transfer) | $89,962.00 | |
| 10/21/2016 | (Master Card) | $14,700.00 | $269,741.00 |

Hospital charges:
See note
(*)

| | | | |
|---|---|---|---|
| Har#10050943436 | 09/09/16 | $32,523.75 | |
| Har#10050948216 | 09/21-10/03/2016 | $506,503.00 | |
| Har#10050965449 | 10/08-10/14/2016 | $53,592.00 | $592,618.75 |
| | | Less 55% Discount: | ($-325,940.31) |
| | | Total Hospital Charges: | $266,678.44 |
| | | Minus Total Deposits: | (-$269,741.00) |
| Total amount available for assignment | | | -$3,062.56 |

| Providers Names | Paid | |
|---|---|---|
| Cardiovascular Anesthesia | $9,737.00 | (see invoice) |
| TOTAL AMOUNT ASSIGNED: | | $9,737.00 |
| TOTAL HOSPITAL BALANCE: | | $6,674.44 |

(*) Note: Hospital charges increased after Audit results. Charges were not final before you left the hospital
You have outstanding balance(s) with the following physician group(s). Please submit payments directly to physicians:

| | | |
|---|---|---|
| Singleton Assocs,(Radiologist) | Billed directly | |
| Community Pathologist Asscs | $14,035.65 | (DOS 09/21-10/03/2016) |
| Emergency Physicians | 1,100.00 | See enclosed invoice |
| Ekg Interpretations (Baylor) | Billed directly | |
| Baylor Physicians | Billed directly | |
| Pulmonologist (Baylor) | Billed directly | |
| Other Consultants | N/A | |

Mari Carmen Griesser
**International Advocacy Liaison**
**International Services**
6624 Fannin, Suite 150, Houston, TX 77030
P 832.355.6391 | O 832.355.3350 | F 832.355.8712
mgriesser@StLukesHealth.Org
www.stlukeshealth.org

Exhibit 13 at 000006

**To**: Embassy of United Arab Emirates


**CHI St. Luke's Health**

| Patient Name: | ▬▬▬▬▬▬ | 30% | | |
|---|---|---|---|---|
| Letter of Guarantee: | Reference # 185567 | Charges | Discount | Total |
| Account Number: 10050905315 | Date(s) of Hospitalization: 7/15/2015 | $ 9,348.29 | $ 2,804.49 | $ 6,543.80 |
| Total Charges for St. Luke's Hospital | | $ 9,348.29 | $ 2,804.49 | $ 6,543.80 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | | | |
|---|---|---|---|
| Houston Oculoplastic Assoc (Billed Directly) | $ 0.00 | $ 0.00 | $ 0.00 |
| Singleton Associates | $ 1,785.00 | $ 357.00 | $ 1,428.00 |
| Total Charges for Physicians/Providers: | $ 1,785.00 | $ 357.00 | $ 1,428.00 |
| **GRAND TOTAL:** | $ 11,133.29 | $ 3,161.49 | $ 7,971.80 |

| SUMMARY: | |
|---|---|
| SLEH HOSPITAL | $ 6,543.80 |
| PROVIDERS/PHYSICIANS | $ 1,428.00 |
| **TOTAL** | $ 7,971.80 |

***Please ensure all payments are done in accordance to what is referenced above***

Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below. Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.

CHI St.Luke's Health Baylor College of Medicine Medical Center

P.O. Box 4335

Houston, TX 77210-4335

UAE EMBASSY
MILITARY OFFICE

FEB 0 3 2017

**RECEIVED**

Exhibit 13 at 000007

**To**: *Embassy of United Arab Emirates* 

| Patient Name: | | | 30% | |
|---|---|---|---|---|
| Letter of Guarantee: | Reference # 61448 | Charges | Discount | Total |
| Account Number: | Date(s) of Hospitalization: | | | |
| 10050781783 | 2/1/2016 | $ 1,402.00 | $ 420.60 | $ 981.40 |
| 10050784548 | 2/1/2016 | $ 10,125.00 | $ 3,037.50 | $ 7,087.50 |
| 10050788254 | 2/8/2016 | $ 786.00 | $ 235.80 | $ 550.20 |
| 10050793640 | 2/15/2016 | $ 786.00 | $ 235.80 | $ 550.20 |
| 10050800084 | 2/22 to 2/27/2016 | $ 26,171.50 | $ 7,851.45 | $ 18,320.05 |
| **Total Charges for St. Luke's Hospital** | | $ 39,270.50 | $ 11,781.15 | $ 27,489.35 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | Charges | Discount | Total |
|---|---|---|---|
| **Baylor College of Medicine** | $ 2,748.00 | $ 0.00 | $ 2,748.00 |
| **Singleton Associates** | $ 5,505.00 | $ 1,101.00 | $ 4,404.00 |
| **IPC of Texas** | $ 1,357.00 | $ 0.00 | $ 1,357.00 |
| **Houston Oculoplastic Associates** | $ 3,343.00 | $ 0.00 | $ 3,343.00 |
| **Total Charges for Physicians/Providers:** | $ 12,953.00 | $ 1,101.00 | $ 11,852.00 |
| **GRAND TOTAL:** | $ 55,523.50 | $ 13,542.15 | $ 41,981.35 |

| SUMMARY: | |
|---|---|
| SLEH HOSPITAL | $ 27,489.35 |
| PROVIDERS/PHYSICIANS | $ 11,852.00 |
| TOTAL | $ 39,341.35 |

***Please ensure all payments are done in accordance to what is referenced above***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. *Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.*

*CHI St.Luke's Health Baylor College of Medicine Medical Center*

*P.O. Box 4335*

*Houston, TX 77210-4335*

Exhibit 13 at 000008

Done

as per imad some invoices were already pd directly to singleton for $ 3,300

Done

Done

**No invoices recd from MedCenter ER Phy**

Mailed 3/29/16

Exhibit 13 at 000009

To: *Embassy of United Arab Emirates*


**CHI St. Luke's Health**

| Patient Name: | | | 30% | | |
|---|---|---|---|---|---|
| Letter of Guarantee: | Reference # 4223 | Charges | Discount | | Total |
| Account Number: | Date(s) of Hospitalization: | | | | |
| 10050989420 | 11/17/2016 | $ 12,524.75 | $ 3,757.43 | $ | 8,767.33 |
| 10050989427 | 11/18/2016 | $ 446.00 | $ 133.80 | $ | 312.20 |
| **Total Charges for St. Luke's Hospital** | | $ 12,970.75 | $ 3,891.23 | $ | 9,079.53 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | | | |
|---|---|---|---|
| Singleton Associates | $ | $ | $ 0.00 |
| Alan Hoffman, MD | $ | $ | $ |
| | $ | $ | $ |
| **Total Charges for Physicians/Providers:** | $ | $ | $ 0.00 |
| **GRAND TOTAL:** | $ | $ | $ |

SUMMARY:
| | |
|---|---|
| SLEH HOSPITAL | $ 9,079.53 |
| PROVIDERS/PHYSICIANS | $ 0.00 |
| TOTAL | $ 9,079.53 |

***Please ensure all payments are done in accordance to what is referenced above***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. *Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.*

*CHI St.Luke's Health Baylor College of Medicine Medical Center*

*P.O. Box 4335*

*Houston, TX 77210-4335*

Exhibit 13 at 000010

**To**: *Embassy of Oman*   CHI St. Luke's Health

| Patient Name: | ███████████ | 10% | | |
|---|---|---|---|---|
| Letter of Guarantee: | Pt. ID #: DIWAN/AC/07/16 | Charges | Discount | Total |
| Account Number: | Date(s) of Hospitalization: | | | |
| 10050909990 | 7/20/2016 | $ 1,799.00 | $ 179.90 | $ 1,619.10 |
| Total Charges for CHI St. Luke's Hospital | | $ 1,799.00 | $ 179.90 | $ 1,619.10 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | Charges | Discount | Total |
|---|---|---|---|
| The Center for ENT, LLP | $ 2,215.00 | $ 0.00 | $ 2,215.00 |
| Maher M Nasser & Associates | $ 1,050.00 | $ 105.00 | $ 945.00 |
| Community Pathology Associates | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Charges for Physicians/Providers: | $ 3,265.00 | $ 105.00 | $ 3,160.00 |
| **GRAND TOTAL:** | $ 5,064.00 | $ 284.90 | $ 4,779.10 |

| SUMMARY: | |
|---|---|
| SLEH HOSPITAL | $ 1,619.10 |
| PROVIDERS/PHYSICIANS | $ 3,160.00 |
| TOTAL | $ 4,779.10 |

**\*\*\*Please ensure all payments are done in accordance to what is referenced above\*\*\***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. *Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.*

**CHI St.Luke's Health Baylor College of Medicine Medical Center**

**P.O. Box 4335**

**Houston, TX 77210-4335**

Exhibit 13 at 000011

*To*: Embassy of United Arab Emirates

 CHI St. Luke's Health

| Patient Name: | | | 30% | | |
|---|---|---|---|---|---|
| Letter of Guarantee: | Reference # 022000 | Charges | Discount | | Total |
| Account Number: | Date(s) of Hospitalization: | | | | |
| 10050792491 | 2/12/2016 | $ 1,488.00 | $ 446.40 | $ | 1,041.60 |
| 10050778408 | 2/15 to 2/29/2016 | $ 31,408.25 | $ 9,422.48 | $ | 21,985.78 |
| 10050798458 | 2/22/2016 | $ 5,280.61 | $ 1,584.18 | $ | 3,696.43 |
| 10050798215 | 2/23 to 2/29/2016 | $ 61,211.00 | $ 18,363.30 | $ | 42,847.70 |
| Total Charges for St. Luke's Hospital | | $ 99,387.86 | $ 29,816.36 | $ | 69,571.50 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | | | |
|---|---|---|---|
| Luis H Camacho, MD | $ 500.00 | $ 0.00 | $ 500.00 |
| Singleton Associates | $ 895.00 | $ 179.00 | $ 716.00 |
| MH Radiation Oncology | $ 2,156.00 | $ 0.00 | $ 2,156.00 |
| Pet Imaging of Houston | $ 5,400.00 | $ 0.00 | $ 5,400.00 |
| Total Charges for Physicians/Providers: | $ 8,951.00 | $ 179.00 | $ 8,772.00 |
| GRAND TOTAL: | $ 108,338.86 | $ 29,995.36 | $ 78,343.50 |

| SUMMARY: | |
|---|---|
| SLEH HOSPITAL | $ 69,571.50 |
| PROVIDERS/PHYSICIANS | $ 8,772.00 |
| TOTAL | $ 78,343.50 |

***Please ensure all payments are done in accordance to what is referenced above***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. *Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.*

*CHI St.Luke's Health Baylor College of Medicine Medical Center*

*P.O. Box 4335*

*Houston, TX 77210-4335*

Exhibit 13 at 000012

**To**: *Embassy of United Arab Emirates*                CHI St. Luke's Health

| **Patient Name**: | | | 30% | | |
|---|---|---|---|---|---|
| **Letter of Guarantee**: | Reference # 53565 | | **Charges** | **Discount** | **Total** |
| **Account Number**: | Date(s) of Hospitalization: | | | | |
| 10050885738 | 7/5/2016 | $ | 4,079.00 | $ 1,223.70 | $ 2,855.30 |
| 10050908787 | 7/21/2016 | $ | 343.00 | $ 102.90 | $ 240.10 |
| 10050916027 | 8/29/2016 | $ | 4,698.00 | $ 1,409.40 | $ 3,288.60 |
| 10050956721 | 9/27/2016 | $ | 4,079.00 | $ 1,223.70 | $ 2,855.30 |
| **Total Charges for St. Luke's Hospital** | | $ | 13,199.00 | $ 3,959.70 | $ 9,239.30 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | Charges | Discount | Total |
|---|---|---|---|
| **Baylor College of Medicine** | $ 17,997.84 | $ 1,799.78 | $ 16,198.06 |
| **Clinical Pathology Labs** | $ 490.00 | $ 0.00 | $ 490.00 |
| **Community Pathology Associates** | $ 689.90 | $ 0.00 | $ 689.90 |
| **Total Charges for Physicians/Providers:** | $ 19,177.74 | $ 1,799.78 | $ 17,377.96 |
| **GRAND TOTAL:** | $ 32,376.74 | $ 5,759.48 | $ 26,617.26 |

| SUMMARY: | |
|---|---|
| SLEH HOSPITAL | $ 9,239.30 |
| PROVIDERS/PHYSICIANS | $ 17,377.96 |
| TOTAL | $ 26,617.26 |

***Please ensure all payments are done in accordance to what is referenced above***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.

*CHI St.Luke's Health Baylor College of Medicine Medical Center*

*P.O. Box 4335*

*Houston, TX 77210-4335*

Exhibit 13 at 000013

**To**: *Embassy of United Arab Emirates*  CHI St. Luke's Health

| Patient Name: | | 30% | | |
|---|---|---|---|---|
| Letter of Guarantee: | Reference # 53565 | Charges | Discount | Total |
| Account Number: | Date(s) of Hospitalization: | | | |
| 10050854508 | 5/3/2016 | $ 628.00 | $ 188.40 | $ 439.60 |
| 10050856116 | 5/4 to 5/31/2016 | $ 178,630.00 | $ 53,589.00 | $ 125,041.00 |
| 10050854954 | 5/5/2016 | $ 4,079.00 | $ 1,223.70 | $ 2,855.30 |
| 10050856698 | 5/10/2016 | $ 5,253.10 | $ 1,575.93 | $ 3,677.17 |
| **Total Charges for St. Luke's Hospital** | | $ 188,590.10 | $ 56,577.03 | $ 132,013.07 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | | | |
|---|---|---|---|
| **Baylor College of Medicine** | $ 20,457.68 | $ 0.00 | $ 20,457.68 |
| **Clinical Pathology Labs** | $ 239.50 | $ 0.00 | $ 239.50 |
| **Community Pathology Associates** | $ 219.60 | $ 0.00 | $ 219.60 |
| **Eye Excellence** | $ 404.00 | $ 0.00 | $ 404.00 |
| **Total Charges for Physicians/Providers:** | $ 21,320.78 | $ 0.00 | $ 21,320.78 |
| **GRAND TOTAL:** | $ 178,410.88 | $ 47,127.03 | $ 131,283.85 |

| SUMMARY: | |
|---|---|
| SLEH HOSPITAL | $ 132,013.07 |
| PROVIDERS/PHYSICIANS | $ 21,320.78 |
| **TOTAL** | **$ 153,333.85** |

**\*\*\*Please ensure all payments are done in accordance to what is referenced above\*\*\***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. *Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.*

**CHI St.Luke's Health Baylor College of Medicine Medical Center**

**P.O. Box 4335**

**Houston, TX 77210-4335**

Exhibit 13 at 000014

*To* : *Embassy of United Arab Emirates*    **CHI St. Luke's Health**

| **Patient Name:** | | 30% | | |
|---|---|---|---|---|
| **Letter of Guarantee:** | Reference # 4223 | **Charges** | **Discount** | **Total** |
| **Account Number:** | **Date(s) of Hospitalization:** | | | |
| 10050920388 | 8/5/2016 | $ 5,793.00 | $ 1,737.90 | $ 4,055.10 |
| 10050934310 | 8/26/2016 | $ 5,263.25 | $ 1,578.98 | $ 3,684.28 |
| **Total Charges for St. Luke's Hospital** | | $ 11,056.25 | $ 3,316.88 | $ 7,739.38 |

(NOTE: discount agreement w / hospital only)

**Physicians (some Physicians/ providers may choose to bill separately - will note below):**

| | | | |
|---|---|---|---|
| **Baylor College of Medicine** | $ 3,960.50 | $ 0.00 | $ 3,960.50 |
| **Total Charges for Physicians/Providers:** | $ 3,960.50 | $ 0.00 | $ 3,960.50 |
| **GRAND TOTAL:** | $ 15,016.75 | $ 3,316.88 | $ 11,699.88 |

| **SUMMARY:** | |
|---|---|
| SLEH HOSPITAL | $ 7,739.38 |
| PROVIDERS/PHYSICIANS | $ 3,960.50 |
| **TOTAL** | $ 11,699.88 |

*\*\*\*Please ensure all payments are done in accordance to what is referenced above\*\*\**

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. *Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.*

**CHI St.Luke's Health Baylor College of Medicine Medical Center**

*P.O. Box 4335*

*Houston, TX 77210-4335*

Exhibit 13 at 000015

**To**: Embassy of United Arab Emirates

 CHI St. Luke's Health

| Patient Name: | | | 30% | | |
|---|---|---|---|---|---|
| Letter of Guarantee: | Reference # 4223 | | Charges | Discount | Total |
| Account Number: | Date(s) of Hospitalization: | | | | |
| 10050846238 | 5/2/2016 | $ | 12,485.75 $ | 3,745.73 $ | 8,740.03 |
| 10050862070 | 5/12/2016 | $ | 4,850.00 $ | 1,455.00 $ | 3,395.00 |
| 10050864422 | 5/16/2016 | $ | 566.00 $ | 169.80 $ | 396.20 |
| 10050864651 | 5/18/2016 | $ | 9,676.00 $ | 2,902.80 $ | 6,773.20 |
| Total Charges for St. Luke's Hospital | | $ | 27,577.75 $ | 8,273.33 $ | 19,304.43 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | | | | |
|---|---|---|---|---|
| Brian C Douglas, MD | $ | 3,050.00 $ | 0.00 $ | 3,050.00 |
| Singleton Associates | $ | 725.00 $ | 145.00 $ | 580.00 |
| Alan S Hoffman, MD | $ | 110.00 $ | 0.00 $ | 110.00 |
| Community Pathology Associates | $ | 57.40 $ | 0.00 $ | 57.40 |
| Total Charges for Physicians/Providers: | $ | 3,942.40 $ | 145.00 $ | 3,797.40 |
| GRAND TOTAL: | $ | 31,520.15 $ | 8,418.33 $ | 23,101.83 |

| SUMMARY: | | |
|---|---|---|
| SLEH HOSPITAL | $ | 19,304.43 |
| PROVIDERS/PHYSICIANS | $ | 3,797.40 |
| TOTAL | $ | 23,101.83 |

***Please ensure all payments are done in accordance to what is referenced above***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.

*CHI St.Luke's Health Baylor College of Medicine Medical Center*

*P.O. Box 4335*

*Houston, TX 77210-4335*

Exhibit 13 at 000016

*To*: Embassy of United Arab Emirates

 CHI St. Luke's Health

| Patient Name: | | 30% | | |
|---|---|---|---|---|
| Letter of Guarantee: | Reference # 140970 | Charges | Discount | Total |
| Account Number: | Date(s) of Hospitalization: | | | |
| 10050887653 | 6/16/2016 | $ 134.00 | $ 40.20 | $ 93.80 |
| Total Charges for St. Luke's Hospital | | $ 134.00 | $ 40.20 | $ 93.80 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| Houston Thyroid & Endocrine Specialist | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
|---|---|---|---|
| Total Charges for Physicians/Providers: | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| **GRAND TOTAL:** | $ 1,334.00 | $ 40.20 | $ 1,293.80 |

| SUMMARY: | |
|---|---|
| SLEH HOSPITAL | $ 93.80 |
| PROVIDERS/PHYSICIANS | $ 1,200.00 |
| TOTAL | $ 1,293.80 |

***Please ensure all payments are done in accordance to what is referenced above***

<u>Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below</u>. Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.

**CHI St.Luke's Health Baylor College of Medicine Medical Center**

**P.O. Box 4335**

**Houston, TX 77210-4335**

Exhibit 13 at 000017

**To**: Embassy of United Arab Emirates

 CHI St. Luke's Health

| Patient Name: | | 30% | | |
|---|---|---|---|---|
| | | Charges | Discount | Total |
| Letter of Guarantee: | Reference # 185567 | | | |
| Account Number: | Date(s) of Hospitalization: | | | |
| 10050905328 | 7/15/2016 | $ 3,895.00 | $ 1,168.50 | $ 2,726.50 |
| **Total Charges for St. Luke's Hospital** | | $ 3,895.00 | $ 1,168.50 | $ 2,726.50 |

(NOTE: discount agreement w / hospital only)

Physicians (some Physicians/ providers may choose to bill separately - will note below):

| | | | |
|---|---|---|---|
| Houston Ocuplastic Assoc (Billed Directly) | $ 0.00 | $ 0.00 | $ 0.00 |
| Singleton Associates | $ 580.00 | $ 116.00 | $ 464.00 |
| **Total Charges for Physicians/Providers:** | $ 580.00 | $ 116.00 | $ 464.00 |

**GRAND TOTAL:** $ 4,475.00   $ 1,284.50   $ 3,190.50

SUMMARY:
| | |
|---|---|
| SLEH HOSPITAL | $ 2,726.50 |
| PROVIDERS/PHYSICIANS | $ 464.00 |
| **TOTAL** | $ 3,190.50 |

***Please ensure all payments are done in accordance to what is referenced above***

Please make check payable to CHI St. Luke's Health Baylor and mail to address noted below. Checks can also be prepared separately (hospital/physicians) and mailed to St. Luke's International Center, where they will personally be hand delivered for expedite process. If you have already paid the Physicians bills please disregard above notice.

CHI St.Luke's Health Baylor College of Medicine Medical Center

P.O. Box 4335

Houston, TX 77210-4335

UAE EMBASSY
MILITARY OFFICE

FEB 0 3 2017

**RECEIVED**

Exhibit 13 at 000018



# St. Luke's
Episcopal Health System

## Authorization Pay Doctors/Transfers/Rush Refunds

| Patient Name | Account # 13032-01711 | Date: 1/29/2014 |

I hereby authorize St. Luke's Episcopal Hospital to pay additional medical expenses incurred by me from funds remaining of my deposit of $ _____ . I am aware that the following expenses ARE NOT INCLUDED in the hospital bill and authorize payment(s) as follows:

Credit Avail: **$8,159.62**

| Payable To: | | Final Fees | Credit Card - Circle One |
|---|---|---|---|
| Singleton Associates | 97297-00161 | $1,178.32 | MC |
| Gulf Coast Pathology | 00066-00491 | $105.60 | VS |
| Surgical Associates | 97321-00375 | | DS |
| BCM Anesthesia | 06027-00828 | | AE |
| Baylor Medcare | 00027-000056 | $1,398.00 | CHECK |
| Greater Hou Health Network | 97297-00186 | | |
| Cardiology Associates | 02109-00497 | | **RUSH** |
| Leachman Cardiology | 97297-00168 | | Need By: _____ |
| Card Specs (Treistman) | 97297-00140 | | |
| Card Pulm Perf CPA | 97297-00149 | | |
| Pulm Crit Care PCCS | 05187-00682 | $3,436.00 | |
| Inpatient Inf Disease C | 12236-00748 | $950.00 | Amt Refund _____ |
| Inpatient Cons TX IPC | 07050-00719 | | |
| Med Cen ER Phys | 00139-00321 | $1,091.70 | |
| Dr. Alan Hoffman | 98140-00190 | | |
| GHHN (Dr. Camacho) | 01045-00417 | | |
| Hall-Garcia Associates | 97297-00157 | | |

Total amount collected for physicians: **$8,159.62**

PLEASE NOTE: This list may not include all physicians and we may have to add additional names as well as additional dollars after obtaining your signature. Patients Initials _____

Amount Collected _____   Package Price _____   Patient Signature _____

Guarantor _____   Authorize _____

Witness _____

Exhibit 13 at 000019