# EXHIBIT 14

Exhibit 14 at 000001

## Chihi, Hichem

| | |
|---|---|
| **From:** | Sanchez, Angelita |
| **Sent:** | Friday, November 04, 2016 9:44 AM |
| **To:** | Llaury, Carmela; Flores, Rogelio; Gonzalez, Sylvia; Griesser, Mari; Benitez, Patricia E.; Lopez, Andra; Moreno, Rachel; Martinez, Maria del Pilar; De La Garza, Raquel; Wehbe, Nathale; Aweidah, Ihab M.; Lasso, Luis F.; Castro, Veronica; TovarAllen, Atala S.; Williams, Brittney; Haroun, Suzanne; Ouad, Kaoutar; Aguilar, Carlos; Lemos, Loideth E.; Modelska, Monica B.; Chihi, Hichem; Jaramillo, Ana L. |
| **Cc:** | Matar, Tania |
| **Subject:** | Attendance Policy and Procedure |
| **Attachments:** | Attendance Standards and Accountability Policy.pdf |
| **Importance:** | High |

Good morning everyone,

As discussed, the hospital is requesting from all departments to evaluate budget closely and minimize departmental expenses wherever possible. Therefore, we have started to cut some of our expenses in the interpretations, office supplies and overtime. With this said, I would like your assistance in helping us continue to cut cost where possible without it affecting our international patient overall experience.

For your information, the hospital has implemented a new process for overtime which requires two management level approvals beforehand. I want to ensure we continue to attend to our international patients daily, however if there is a need for overtime that the proper approvals are received ahead of time. Lastly, I am attaching the hospital policy on attendance and recommend everyone take a few minutes to review.

Thank you for your continued support to our international patients and your assistance to the hospitals' request during this period of time. Any questions let me know. Thank you.

-Angie

Exhibit 14 at 000002