# EXHIBIT 15

Exhibit 15 at 000001

# Chihi, Hichem

| | |
|---|---|
| **From:** | Sanchez, Angelita |
| **Sent:** | Friday, November 18, 2016 11:46 AM |
| **To:** | Haroun, Suzanne; Ouad, Kaoutar; Aguilar, Carlos; Modelska, Monica B.; Chihi, Hichem; Jaramillo, Ana L.; Wehbe, Nathale; Aweidah, Ihab M.; Lasso, Luis F.; De La Garza, Raquel; Benitez, Patricia E. |
| **Cc:** | Matar, Tania; Lemos, Loideth E. |
| **Subject:** | Appointments |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Referral / Patient Service Staff:

I have been receiving some feedback from our international patients relating to interpretation services and would greatly appreciate your assistance with the following:

When scheduling an appointment please inform BCM departments the patients' need for an interpreter and preferably utilizing "Over the Phone" interpreters as this is more feasible to the patients who have expressed concerns the video interpretations they use are not clear when communicating. It is my understanding these may be the only two options.

Also, when scheduling an appointment let's request the forms patients will be required to complete so we can assist the patient fill these before their appointments. This will avoid delays during their visits, but most important it will give the patients a sense of understanding what they are being asked to complete beforehand. Some patients have expressed not being able to understand the English form which is understandable.

Our goal is to ensure every patient has a positive experience while at BSLMC – together as a team we can make this happen.

Thank you for your continued support.

-Angie