United States District Court
Southern District of Texas
**ENTERED**
July 27, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.*, HICHEM CHIHI, Plaintiff, | § § § § § § | CIVIL ACTION NO. 4:18-cv-00123 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| CATHOLIC HEALTH INITIATIVES, *et al.*, Defendants. | § § § § | |

## ORDER

Pursuant to 28 USC § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, the Court REFERS this case to United States Magistrate Judge Sam Sheldon. This referral includes, but is not limited to, the proposed discovery plan at issue between the parties regarding assertions of privilege by the CHI Defendants. Dkt 275.

The Court ORDERS the parties to advise within twenty days of the entry of this order whether they will consent to the jurisdiction of the Magistrate Judge for all purposes in this case pursuant to 28 USC § 636(c).

For convenience, please find the form for *Consent to Proceed Before a Magistrate Judge* attached.

Signed on July 27, 2020 at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| _____, | § | CIVIL ACTION NO. |
| Plaintiff, | § | _____ |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| _____, | § | |
| Defendant. | § | |

**NOTICE OF THE RIGHT TO PROCEED**
**IN A CIVIL CASE BEFORE A MAGISTRATE JUDGE**

With the consent of all parties, a United States Magistrate Judge may preside in a civil case, including a jury trial and entry of a final judgment.

The choice to proceed before a Magistrate Judge is entirely yours. Tell only the Clerk. Neither the District Judge nor the Magistrate Judge will be told unless and until all the parties agree.

The District Judge to whom your case is assigned must approve the referral to a Magistrate Judge.

You must use the consent form attached to these procedures. Complete the form but do not otherwise modify it. The form is also available from the Office of the Clerk of Court.

David Bradley, Clerk
United States District Clerk
Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| _____, | § | CIVIL ACTION NO. |
| Plaintiff, | § | _____ |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| _____, | § | |
| Defendant. | § | |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

In accordance with 28 U.S.C. § 636(c), all parties to this action waive their right to proceed before a District Judge of this Court and consent to have a United States Magistrate Judge conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment.

Counsel for all parties execute this form as follows:

_____ *for* _____

_____ *for* _____

## ORDER TO REASSIGN

It is ORDERED that the Clerk of Court shall reassign this action to United States Magistrate Judge Sam Sheldon to conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment.

Signed on _____, at Houston, Texas.

_____

Hon. Charles Eskridge
United States District Judge