UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Hichem Chihi, et al.

v.  Case Number: 4:18−cv−00123

Catholic Health Initiatives, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/5/2020

**TIME:** 04:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 30, 2020

David J. Bradley, Clerk