CAUSE NO. 4:18-cv-00123

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATE OF TEXAS, THE STATE OF COLORADO, THE STATE OF INDIANA, THE STATE OF IOWA, THE STATE OF MINNESOTA, THE STATE OF NEW MEXICO, THE STATE OF TENNESSEE, THE STATE OF WASHINGTON, EX REL. HICHEM CHIHI | § § § § § § § § § § | |
| V. | § § | NO. 4:18-CV-00123 |
| CATHOLIC HEALTH INITIATIVES; ET AL. | § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that the undersigned attorney is entering an appearance in the above-styled and numbered cause as co-counsel of record (along with the attorney-in-charge, Frank N. Luccia), for Defendants, Navneet Singh, M.D., Kidney and Hypertension Consultants, Kidney Associates, Greater Houston Gastroenterology, and Isaac Raijman, M.D. (collectively "Defendants"):

>Lauren M. Virene
>SBN 24087980
>SDBN 2166180
>lvirene@luccia-evans.com
>Luccia & Evans, LLP
>8 Greenway Plaza, Suite 1450
>Houston, Texas 77046
>(713) 629-0002 / Fax (713) 629-0004

Defendants respectfully request that the above attorney be added to the docket in the above-entitled case and be included on all correspondence and service lists. Please provide copies of all correspondence, pleadings or other documents in this case to both Mr. Luccia and Ms. Virene going forward. Mr. Luccia remains lead counsel and attorney-in-charge for

Defendants.

DATED this the 10th day of August, 2020.

    Respectfully submitted,

    **LUCCIA & EVANS, L.L.P.**

    By */s/ Frank N. Luccia*
       Frank N. Luccia
       SBN 12664400
       SDBN 10384
       fnluccia@luccia-evans.com
       Lauren M. Virene
       SBN 24087980
       SDBN 2166180
       lvirene@luccia-evans.com
       8 Greenway Plaza, Suite 1450
       Houston, Texas 77046
       (713) 629-0002 / Fax (713) 629-0004

    **ATTORNEYS FOR DEFENDANTS NAVNEET SINGH, M.D., KIDNEY AND HYPERTENSION CONSULTANTS, KIDNEY ASSOCIATES, GREATER HOUSTON GASTROENTEROLOGY, AND ISAAC RAIJMAN, M.D.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 10, 2020, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, Houston Division using the electronic case file system of the court. I hereby certify that I have caused all of the record to be electronically served via the Court's CM/ECF system.

      By */s/Lauren M. Virene*
      Lauren M. Virene