UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, *ex rel.* HICHEM CHIHI, | § § § § § | CIVIL ACTION NO. 4:18-cv-00123 |
| Plaintiff-Relator, | § § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § | |
| CATHOLIC HEALTH INITIATIVES, et al., | § | |
| Defendant. | | |

**PARTIES' JOINT NOTICE OF LACK OF
UNANIMOUS CONSENT TO PROCEED
BEFORE A MAGISTRATE JUDGE
ON ALL MATTERS**

Pursuant to the Court's order at Dkt. 276, and after conferring, the parties in the above-captioned case hereby advise that, at this time, all parties do not unanimously consent to proceed before a magistrate judge for all matters.

Counsel for the parties execute this form as follows:

August 17, 2020  /s/ *Ruth Brown*
Date  Ruth Brown (S.D. Tx. No. 3355448,
  IL ARDC No. 6299187)
  Michael Kanovitz (PHV0 (IL
  ARDC No. 6275233)
  Loevy & Loevy
  311 N. Aberdeen, 3rd Floor
  Chicago, Illinois 60607
  312.243.5900 (Telephone)
  312.243.5902 (Facsimile)

1

<div style="margin-left: 30%;">

Mark A. Correro  
Lance Leisure  
Correro & Leisure, P.C.  
2909 Hillcroft Avenue,  
Suite 350  
Houston, Texas 77057  
888.508.1292 (Telephone)  
888.508.1293 (Facsimile)

*Counsel for Relator*

</div>

August 17, 2020  
Date

<div style="margin-left: 30%;">

*/s/Kevin M. Coffey*  
Kevin M. Coffey  
Illinois State Bar No. 6303073  
150 N. Riverside Plaza, Suite 3000  
Chicago, IL 60606  
(312) 873-2986 (Direct)  
kcoffey@polsinelli.com

*Counsel for Defendants CHI and CHI-St. Luke's Health*

</div>

August 17, 2020  
Date

<div style="margin-left: 30%;">

*/s/ Frederick Robinson*  
Frederick Robinson (pro hac vice)  
DC Bar No. 367223  
Reed Smith LLP  
1301 K Street, N.W.  
Suite 1000 – East Tower  
Washington, D.C. 20005-3373  
Ph: (212) 414-9200  
Fax: (212) 414-9299  
frobinson@reedsmith.com

Sara Ann Brinkmann  
TX State Bar No. 24069919  
S.D. Texas No. 1287802  
Reed Smith LLP  
811 Main St. Suite 1700

</div>

Houston, TX 77002
Ph: (713) 469-3647
Fax: (713) 469-3899
sbrinkmann@reedsmith.com

*Counsel for Defendants Baylor College of Medicine, Medcare Baylor, Marcia Katz, Ramachandra Sista*

| | |
|---|---|
| <u>August 17, 2020</u><br>Date | */s/Lauren M. Virene*<br>Frank N. Luccia<br>SBN 12664400<br>SDBN 10384<br>Lauren M. Virene<br>SBN 24087980<br>SDBN 2166180<br>Luccia Evans LLP<br>8 Greenway Plaza, Suite 1450<br>Houston, TX 77046<br>fnluccia@luccia-evans.com<br>lvirene@luccia-evans.com<br>Ph: (713) 629-0002<br>Fax: (713) 629-0004 |

*Counsel for Defendants Naveet Singh, Kidney and Hypertension Consultants, Kidney Associates, Greater Houston Gastroenterology, and Isaac Raijman*

| | |
|---|---|
| <u>August 17, 2020</u><br>Date | */s/ Wayne Clawater*<br>Wayne Clawater (lead counsel)<br>TX Bar No. 04328500<br>Debbie Elmore<br>Scott, Clawater & Houston, LLP<br>2727 Allen Parkway, Suite 500<br>Houston, TX<br>Ph: (713) 650-6600<br>Fax: (713) 599-1999 |

*Counsel for Defendants James Livesay and Surgical Associates of Texas*

| | |
|---|---|
| <u>August 17, 2020</u><br>Date | <u>*/s/John P. Scott*</u><br>John P. Scott (TX 17901900)<br>Avril De Guzman (TX 24045963)<br>Scott, Clawater & Houston, LLP<br>2727 Allen Parkway, Suite 500<br>Houston, TX<br>jscott@schlawyers.com<br>Ph: (713) 650-6600<br>Fax: (713) 599-1999 |

*Counsel for Defendants Pulmonary Critical Care and Sleep Medicine Consultants, Inc., Carl Dahlberg, Alberto Colomer, Jose Santacruz, and Andre Mesa*

| | |
|---|---|
| <u>August 17, 2020</u><br>Date | <u>*/s/Ryan D. Wozny*</u><br>Ryan D. Wozny (TX 24045265)<br>Megan Nguyen ((TX 24092899)<br>Quintairos, Prieto, Wood and Boyer, PA<br>1700 Pacific Avenue, Suite 4545<br>Dallas, TX 75201<br>Ph: (214) 754-8755 |

*Counsel for Defendants Houston Thyroid & Endocrine Spine Specialists, Fareed Elhaj, Medhavi Jogi, Lazaro Cherem, and Brian Douglas*

| | |
|---|---|
| <u>August 17, 2020</u><br>Date | <u>*/s/Kay J. Hazelwood*</u><br>Christopher D. DeMeo<br>TBN 796456, SDN 25295<br>Kay J. Hazelwood<br>TBN 9310450 |

Seyfarth Shaw LLP
700 Milam, Suite 1400
Houston, TX 77002
cdemeo@seyfarth.com
Ph: (713) 225-0292

*Counsel for Defendant Bone and Joint Clinic of Houston*

| August 17, 2020 | */s/ James B. Hicks* |
|---|---|
| Date | R. Chad Geisler |

James B. Hicks
Germer, Beaman & Brown PLLC
301 Congress Avenue, Suite 1700
Austin, Texas 78701
jhicks@germer-austin.com
Ph: (512) 472-0288
Fax: (512) 472-0721

*Counsel for Defendants Leachman Cardiology Associates, Zvonimir Krajcer, M.D., Dewitt Leachman, M.D., and Alberto Lopez, M.D.*

## CERTIFICATE OF SERVICE

I, Ruth Brown, an attorney, hereby certify that I filed the foregoing PARTIES' JOINT NOTICE OF LACK OF UNANIMOUS CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE ON ALL MATTERS via the Court's CM/ECF system on August 17, 2020, thereby effecting service upon all counsel of record.

*/s/ Ruth Brown*
Ruth Brown