# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS, *ex rel.* HICHEM CHIHI, | § § § § | Civil Action No. 4:18-cv-00123 |
| Plaintiff-Relator, | § § | Judge George C. Hanks, Jr. |
| v. | § § | |
| CATHOLIC HEALTH INITIATIVES, et al. | § § § | Magistrate Andrew M. Edison |
| Defendants. | § § § § § | |

## UNITED STATES' CONSENT TO A DISMISSAL OF THIS ACTION WITHOUT PREJUDICE

The Relator has filed a Notice of Dismissal seeking the dismissal of Defendant Sleep Enterprises, LLC d/b/a Apnix from the above-captioned False Claims Act *qui tam* action. The United States believes this dismissal is in the public interest.

Pursuant to Fed. R. Civ. P. 41(a)(1) and the provisions of the False Claims Act, 31 U.S.C. §3730(b)(1), the United States hereby consents to the dismissal of this action against Defendants, provided the dismissal is without prejudice as to the United States.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

/s/ Vikram Arora
VIKRAM S. ARORA
Assistant United States Attorney
Southern District of Texas Bar # 3575082
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 907-5615
Facsimile: (713) 718-3309
Email: Vikram.Arora@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify on this 3rd day of September, 2020 that a true and correct copy of the foregoing notice was served by electronic mail, to:

Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
ruth@loevy.com
Attorney for Relator

/s/ Vikram Arora
Vikram S. Arora