IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, *ex rel.* HICHEM CHIHI, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CATHOLIC HEALTH INITIATIVES, et al. <br><br> Defendants. | Civil Action No. 4:18-cv-00123 <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE OF DEFENDANT APNIX

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Relator HICHEM CHIHI and Defendant APNIX stipulate that Defendant APNIX is dismissed from this action without prejudice. Pursuant to agreement by Relator and Defendant APNIX, the dismissal is without prejudice to reassertion and both sides will bear their own attorney's fees, costs, and expenses.

Relator's stipulation of dismissal is based on information presented by Defendant Apnix during a period of limited discovery between the parties.

Prior to filing this stipulation of dismissal, Relator conferred with the State of Texas and the United States. Both government entities confirmed in writing that they have no objection to the dismissal of Defendant Apnix, provided that the dismissal is without prejudice.

Respectfully submitted this 3rd day of September 2020.

/s/ *Ruth Brown*  
Michael Kanovitz  
Ruth Brown  
LOEVY & LOEVY  
311 N. Aberdeen, 3rd Floor  
Chicago, IL 60607  
Tel: (312) 243-5900  
Fax: (312) 243-5902  
mike@loevy.com  
ruth@loevy.com  

Mark A. Correro  
CORRERO & LEISURE, P.C.  
2909 Hillcroft Avenue, Suite 560  
Houston, TX 77057  
Tel: (713) 955-3323  
Fax: (832) 240-5353  
mark@correroleisure.com  

**Attorneys for Relator Hichem Chihi**

/s/ *Michael E. Clark (with permission)*  
Karen D. Smith  
*Attorney-in-Charge*  
Texas Bar No. 00785001  
Federal Bar No. 15371  
Michael E. Clark  
Texas Bar No. 04293200  
Federal Bar No. 1785  
BAKER, DONELSON, BEARMAN,  
CALDWELL & BERKOWITZ, P.C.  
1301 McKinney Street, Suite 3700  
Houston, Texas 77010  
Tel: (713) 210-7417  
Fax: (713) 650-9701  
kasmith@bakerdonelson.com  

Thomas H. Barnard (*admitted pro hac vice*)  
BAKER, DONELSON, BEARMAN,  
CALDWELL & BERKOWITZ, P.C.  
100 Light Street  
Baltimore, Maryland 21201  
Tel: (410) 862-1185  
tbarnard@bakerdonelson.com  

Nicole D. Berkowitz (*admitted pro hac vice*)  
BAKER, DONELSON, BEARMAN,  
CALDWELL & BERKOWITZ, P.C.  
165 Madison Avenue, Suite 2000  
Memphis, Tennessee  
Tel: (901) 577-8166  
nberkowitz@bakerdonelson.com  

**Attorneys for Defendant APNIX**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 3, 2020, a true and exact copy of the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

              *s/ Ruth Brown*
              Ruth Brown