IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| the STATE OF TEXAS, *ex rel.* | § | |
| HICHEM CHIHI, | § | |
| | § | |
| Plaintiff-Relator, | § | |
| | § | CIVIL ACTION NO. 4:18-cv-00123 |
| VS. | § | |
| | § | |
| CATHOLIC HEALTH INITIATIVES, et al. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

NOTICE IS HEREBY GIVEN that the undersigned counsel's address has changed effective **August 31, 2020,** as listed below**.** All pleadings, correspondence, and other documents in the matter for R. Chad Geisler and James B. Hicks should be addressed as follows:

**R. Chad Geisler**
cgeisler@germer-austin.com
**James B. Hicks**
jhicks@germer-austin.com
**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 S Mopac Expy, Suite A400
Austin, Texas 78746
(512) 472-0288
(512) 472-0721 Fax

Respectfully submitted,

**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 S Mopac Expy, Suite A400
Austin, Texas 78746
(512) 472-0288
(512) 472-0721 Fax

By: */s/ R. Chad Geisler*
R. Chad Geisler
State Bar No. 00793793
cgeisler@germer-austin.com
James B. Hicks
State Bar No. 24094720
jhicks@germer-austin.com

**ATTORNEYS FOR DEFENDANTS, LEACHMAN CARDIOLOGY ASSOCIATES, ZVONIMIR KRAJCER, M.D., DEWITT LEACHMAN, M.D., AND ALBERTO LOPEZ, M.D.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of September, 2020, a true and exact copy of the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ R. Chad Geisler*
R. Chad Geisler