**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, *ex rel*. HICHEM CHIHI, | ) ) ) | Civil Action No. 4:18-cv-00123 |
| Plaintiff-Relator, | ) ) ) | |
| v. | ) ) | |
| CATHOLIC HEALTH INITIATIVES, et al. | ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court, having read and considered Relator's *Unopposed Motion to Voluntarily Withdraw Paragraphs 168-174 of the Second Amended Complaint*, HEREBY GRANTS Relator's Motion and further ORDERS that Paragraphs 168-174 of Relator's Second Amended Complaint have been withdrawn and that the discovery deadlines set forth in the Court's September 14, 2020 Order (Dkt. 290) are terminated.

SIGNED in Houston, Texas, this _____ day of October, 2020.

Signed: _____