United States District Court
Southern District of Texas
**ENTERED**
October 01, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, *ex rel.* HICHEM CHIHI, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CATHOLIC HEALTH INITIATIVES, et al. <br><br> Defendants. | Civil Action No. 4:18-cv-00123 |

# ORDER

The Court, having read and considered Relator's *Unopposed Motion to Voluntarily Withdraw Paragraphs 168-174 of the Second Amended Complaint*, HEREBY GRANTS Relator's Motion and further ORDERS that Paragraphs 168-174 of Relator's Second Amended Complaint have been withdrawn and that the discovery deadlines set forth in the Court's September 14, 2020 Order (Dkt. 290) are terminated.

SIGNED in Houston, Texas, this  1st   day of October, 2020.

_____
United States Magistrate Judge