THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HICHEM CHIHI, *et al* | § § § § § § § § § § | |
| *Plaintiff-Relator* | | Civil Action No. 4:18-cv-00123 |
| v. | | |
| CATHOLIC HEALTH INITIATIVES, *et al.,* | | |
| *Defendants.* | | |

### NOTICE OF APPEARANCE OF MEGAN M. NGUYEN

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that MEGAN M. NGUYEN, State Bar No. 24092899, of the law firm Quintairos, Prieto, Wood and Boyer, P.A., 1700 Pacific Avenue, Suite 4545, Dallas, Texas 75201, Telephone (214) 754-8755, facsimile (214) 754-8744, hereby enters an appearance on behalf of Defendants Houston Thyroid & Endocrine Specialists, Medhavi Jogi, M.D., Fareed Elhaj, M.D., Lazaro Cherem, M.D., and Brian Douglas, M.D. Pursuant to LR 11.1, as additional counsel for these Defendants.

Respectfully submitted,

**QUINTAIROS, PRIETO, WOOD AND BOYER, P.A.**

By  */s/ Megan M. Nguyen*
**MEGAN M. NGUYEN**
State Bar No. 24092899
megan.nguyen@qpwblaw.com
**RYAN WOZNY**
State Bar No. 24045265
ryan.wozny@qpwblaw.com

1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
(214) 754-8755 (Telephone)
(214) 754-8744 (Telecopier)

**ATTORNEY FOR DEFENDANTS HOUSTON THYROID & ENDOCRINE SPECIALISTS, MEDHAVI JOGI, M.D., FAREED ELHAJ, M.D., LAZARO CHEREM, M.D., AND BRIAN DOUGLAS, M.D.**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of October, 2020, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court Southern District of Texas, Houston Division, using the electronic case filing system of the Court. I hereby certify that I have caused all counsel of record to be electronically served via the Court's CM/ECF system.

By   */s/ Megan M. Nguyen*
     **MEGAN M. NGUYEN**