IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex. rel.* HICHEM CHIHI,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES; et al<br><br>Defendants. | §§§§§§§§§§§§§§§<br><br>Civil Action No. 4:18-cv-00123 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that the undersigned attorney is entering an appearance in the above-styled and numbered cause as co-counsel of record (along with Wayne Clawater), for Defendants, Surgical Associates of Texas, P.A. and James Livesay, M.D. ("Defendants"):

>Debra L. Elmore
>SBN: 17531950
>Federal ID: 612313
>delmore@schlawyers.com
>Scott, Clawater & Houston, LLP
>2727 Allen Parkway, Suite 500
>Houston, Texas 77019
>(713) 650-6600
>(713) 579-1999 fax

Defendants respectfully request that the above attorney be added to the docket in the above-entitled case and be included on all correspondence and service lists. Please provide copies of all

correspondence, pleadings or other documents in this case to both Mr. Clawater and Ms. Elmore going forward. Mr. Clawater remains lead counsel and attorney-in-charge for Defendants.

DATED  this 7th day of October, 2020.

Respectfully submitted,

_____*/s/ Wayne Clawater*_____
Wayne Clawater
SBN 04328500
Federal ID: 10151
Direct Dial: 713-579-1522
wclawater@schlawyers.com
Debra L. Elmore
SBN 17531950
Federal ID: 612313
delmore@schlawyers.com
2727 Allen Parkway, Suite 500
Houston, Texas 77019
713.650.6600
713.579-1999 Fax

**ATTORNEYS FOR DEFENDANTS**
**SURGICAL ASSOCIATES OF TEXAS, P.A.**
**and JAMES LIVESAY, M.D.**

## **CERTIFICATE OF SERVICE**

    I herby certify that, on October 7, 2020, I caused to be electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, Houston Division using the electronic case file system of the court. I hereby certify that I have caused all of the record to be electronically served via the Court's CM/ECF system.

By:    */s/ Debra L. Elmore*

          Debra L. Elmore