IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex rel*. HICHEM CHIHI, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CATHOLIC HEALTH INITIATIVES, et al., <br><br> Defendants. | Civil Action No. 4:18-cv-00123 |

REQUEST FOR REMOVAL FROM RECEIVING
ELECTRONIC NOTICE OF FILINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that SINGLETON ASSOCIATES has been dismissed from the above-referenced matter. As such, Singleton Associates requests that its counsel, John S. Polzer, Ashley T. Parrish, Derek Carson, Randall K. Price and James T. Phillips be removed from receiving electronic notice of filings in this case.

**REQUEST FOR REMOVAL FROM RECEIVING ELECTRONIC NOTICE OF FILINGS –**   Page 1

Respectfully submitted,

/s/ *John S. Polzer*
John S. Polzer
Texas Bar No. 24042609
jpolzer@canteyhanger.com
Ashley Parrish
Texas Bar No. 15536850
aparrish@canteyhanger.com
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas  75201
Telephone:  (214) 978-4100
Facsimile:  (214) 978-4155

Paul M. Thompson
(*pro hac vice* Admission Pending)
DC Bar No.
pthompson@mwe.com
Michael S. Stanek
(*pro hac vice* Admission Pending)
DC Bar No.
mstanek@mwe.com
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC  20001-1531
Telephone:  202-756-8000
Facsimile:  202-756-8087

ATTORNEYS FOR DEFENDANT
SINGLETON ASSOCIATES

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record, on this 8th day of October, 2020.

/s/ John S. Polzer
JOHN S. POLZER

**REQUEST FOR REMOVAL FROM RECEIVING ELECTRONIC NOTICE OF FILINGS –**   Page 2