United States District Court
Southern District of Texas
**ENTERED**
October 09, 2020
David J. Bradley, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: October 8, 2020
COURT REPORTER:   ERO
MORNING              AFTERNOON 3:58-4:06PM
****************************************************************************

CIVIL  NO  4:18cv123

APPEARANCES:

| | |
|---|---|
| Hichem Chihi, et al, | Ruth Brown |
| Plaintiffs | |
| vs. | |
| Catholic Health Initiatives et al | Asher Doren Funk |
| | Kevin M. Coffey |
| Defendants | Sara Ann Brickmann |
| | Frederick Robinson |
| | Kay J. Hazelwood |
| | Megan Maikhanh |
| | John P. Scott |
| | Debra Elmore |
| | Cynthia Freeman |

****************************************************************************

DOCKET ENTRY

SSS: Status Conference:

The Court held a status conference. The Provider Defendants informed the Court they will soon file a consolidated motion to dismiss in accordance with the January 10, 2020 Order (Dkt. No. 261). Defendant CHI will also soon file a motion to dismiss in accordance with the same Order.

SIGNED in Houston, Texas, this 9th day of October , 2020.

_____
United States Magistrate Judge