IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> EX REL. HICHEM CHIHI, *et al.*, ) <br> ) <br>     *Plaintiff-Relator,* ) <br> ) <br> v. ) <br> ) <br> CATHOLIC HEALTH INITIATIVES, ) <br> *et al.*, ) <br> ) <br>     *Defendants.* ) | Judge Charles R. Eskridge III <br><br> Civil Case No. 4:18-cv-00123 |

## [PROPOSED] ORDER

Before the Court is Relator Chihi's *Unopposed Motion for Approval of Parties' Stipulated Amended Briefing Schedule* (Dkt. \_\_\_\_). Having considered the motion and for good cause therein, the Court hereby GRANTS the motion and orders that:

- Plaintiff's response brief deadline is extended to January 15, 2021; and,

- Defendants' reply brief deadlines are extended to February 12, 2021.

SO ORDERED.

Signed this _____ day of January 2021.

_____

United States District Judge