United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. HICHEM CHIHI, *et al.*, | ) ) ) | |
| *Plaintiff-Relator,* | ) ) | Judge Charles R. Eskridge III |
| v. | ) ) | Civil Case No. 4:18-cv-00123 |
| CATHOLIC HEALTH INITIATIVES, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) | |

# [PROPOSED] ORDER

Before the Court is Relator Chihi's *Unopposed Motion for Approval of Parties' Stipulated Amended Briefing Schedule* (Dkt. ____). Having considered the motion and for good cause therein, the Court hereby GRANTS the motion and orders that:

- Plaintiff's response brief deadline is extended to January 15, 2021; and,

- Defendants' reply brief deadlines are extended to February 12, 2021.

SO ORDERED.

Signed this __8th__ day of January 2021.

_____
Sam Sheldon
United States Magistrate Judge