United States District Court
Southern District of Texas
**ENTERED**
February 16, 2021
Nathan Ochsner, Clerk

# IN THE U.S. DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex rel.* HICHEM CHIHI<br><br>Plaintiff-Relator,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES, et al.<br><br>Defendants. | Civil Action No. 4:18-cv-00123 |

## ORDER

The Court having considered Defendants Catholic Health Initiatives ("**CHI**") and CHI-St. Luke's Health's ("**CHI-St. Luke's**") (collectively, the "**CHI Defendants**") Unopposed Motion to Extend Word Count Limit ("**Motion**"), and finding good cause therein, HEREBY GRANTS CHI Defendants' Motion.

SO ORDERED.

Signed on  February 16, 2021 , at Houston, Texas.

Sam Sheldon
United States Magistrate Judge