United States District Court
Southern District of Texas
**ENTERED**
January 18, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>January 18, 2021            </u>
COURT REPORTER: <u>     </u>
MORNING: <u>           </u>    AFTERNOON: <u>            </u>
*************************************************************************

CIVIL  NO 4:18cv123

Hichem Chihi, et al

       Plaintiffs
vs.

Catholic Health Initiatives, et al

       Defendants

*************************************************************************
MINUTE ENTRY ORDER:

<u>The hearing will now be by Zoom at 11 a.m. on Jan. 20 and not in-person.</u>

SIGNED in Houston, Texas, this <u>18</u>[th] day of January, 2022.

                                  Sam Sheldon
                           United States Magistrate Judge