# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Hichem Chihi, et al.

v.   Case Number: 4:18–cv–00123

Catholic Health Initiatives, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/27/2022

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Status Conference

RE: Motion to Dismiss – #302
Motion to Dismiss – #303

Date:   January 21, 2022                              Nathan Ochsner, Clerk