United States District Court
Southern District of Texas
**ENTERED**
January 31, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>January 27, 2022</u>
COURT REPORTER: <u>ERO</u>
MORNING: _____   AFTERNOON: <u>12:01-1:23PM</u>
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL  NO 4:18cv123

Hichem Chihi, et al                                      Ruth Brown

             Plaintiffs
vs.

Catholic Health Initiatives, et al              David Wayne Clawater
                                                                 Jessica Christensen
                                                                 Kevin M. Coffey
                                                                 Frederick Robinson
                                                                 Sara Ann Brickmann
                                                                 Hang Dinh
                                                                 Mark Stephen Armstrong
                                                                 Ryan Douglas Wozny
                                                                 Asher Doren Funk
                                                                 Christopher D. DeMeo
                                                                 Sam A. Houston

             Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MINUTE ENTRY ORDER:

<u>The Court heard further oral argument on January 27, 2022, on Defendants' motions to dismiss (Dkt. Nos. 302 & 303). The Court provided the parties with tentative rulings and then took the motions under advisement. The Court advised the parties that it will soon issue Memorandum and Recommendations on both motions.</u>

SIGNED in Houston, Texas, this <u>31</u>[st]  day of January, 2022.

_____
Sam Sheldon
United States Magistrate Judge