# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| United States of America ex rel. Hichem Chihi, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   4:18-cv-00123 |
| Catholic Health Initiatives, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Baylor College of Medicine; Baylor Medcare; Marcia Katz, M.D.; and Ramachandra Sista, M.D.                    .

Date:     04/14/2022

/s/ Caitlin Anne Chambers
*Attorney's signature*

Caitlin Anne Chambers; SDTX Bar No. 3089465
*Printed name and bar number*

**REED SMITH LLP**
811 Main Street
Houston, TX, 77002

*Address*

cachambers@reedsmith.com
*E-mail address*

(713) 469-3644
*Telephone number*

(713) 469-3899
*FAX number*