**IN THE U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex rel*. HICHEM CHIHI, | ) ) ) ) ) ) ) ) ) | |
| | ) | Civil Action No. 4:18-cv-00123 |
| Plaintiff-Relator, | ) ) | |
| v. | ) ) | |
| CATHOLIC HEALTH INITIATIVES, et al. | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE OF ANDREW J. ENNIS AS COUNSEL FOR
DEFENDANTS CATHOLIC HEALTH INITIATIVES
AND CHI-ST. LUKE'S HEALTH**

COMES NOW Andrew J. Ennis, of the law firm Polsinelli PC, and enters his appearance

as additional counsel for Defendants Catholic Health Initiatives and CHI-St. Luke's Health.


Dated: April 15, 2022                    Respectfully submitted,

                                         **POLSINELLI PC**

                                         By: */s/ Andrew J. Ennis*

                                              Andrew J. Ennis
                                              Kansas State Bar No. 22445
                                              900 West 48th Place, Suite 900
                                              Kansas City, Missouri 64112
                                              (816) 374-0567 (Direct)
                                              (816) 817-0175 (Facsimile)
                                              aennis@polsinelli.com

Kevin M. Coffey
Illinois State Bar No. 6303073
(Admitted *Pro Hac Vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 873-2986 (Direct)
(312) 819-1910 (Facsimile)
kcoffey@polsinelli.com

Asher D. Funk
Illinois State Bar No. 6295022
Federal ID No. 3138175
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 873-3635 (Direct)
(312) 819-1910 (Facsimile)
afunk@polsinelli.com

Mark S. Armstrong
Texas State Bar No. 01321900
Federal ID No. 219390
1000 Louisiana Street
Fifty-Third Floor
Houston, Texas 77002
(713) 374-1660 (Direct)
(713) 374-1601 (Fax)
MArmstrong@polsinelli.com

**ATTORNEYS FOR THE CHI DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2022, a true and correct copy of the foregoing was electronically served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

*/s/ Andrew J. Ennis*
Andrew J. Ennis