# IN THE U.S. DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the he STATE OF IOWA,the STATE OF MINNESOTA, the STATE OFNEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex rel*. HICHEM CHIHI CHIHI, | ) ) ) ) ) ) ) ) ) | |
| Plaintiff-Relator, | ) ) | Civil Action No. 4:18-cv-00123 |
| v. | ) ) | |
| CATHOLIC HEALTH INITIATIVES, et al. | ) ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO WITHDRAW BRIAN F. MCEVOY AS COUNSEL FOR DEFENDANTS CATHOLIC HEALTH INITIATIVES AND CHI-ST. LUKE'S HEALTH

Defendants Catholic Health Initiatives and CHI-St. Luke's Health (collectively, the "CHI Defendants") hereby submit this unopposed motion to withdraw Brian F. McEvoy as counsel in this matter because Mr. McEvoy is no longer affiliated with Polsinelli PC. The CHI Defendants will continue to be represented by Polsinelli PC through the remaining Polsinelli PC attorneys who have entered their appearances on behalf of the CHI Defendants.

Relator will not be prejudiced by the withdrawal of counsel, nor will there be any undue delay in the proceedings.

The undersigned counsel conferred with Relator's counsel regarding this motion. Relator has no objection to the requested relief.

WHEREFORE, the CHI Defendants respectfully request this Court grant their request to withdraw Mr. McEvoy as counsel of record for the CHI Defendants and remove Mr. McEvoy from the ECF notification list in this matter.

Dated:  April 15, 2022                      Respectfully submitted,

                                            **POLSINELLI PC**

                                            By:  */s/ Andrew J. Ennis*
                                                 Andrew J. Ennis
                                                 Kansas State Bar No. 22445
                                                 Federal ID No. 3137530
                                                 900 West 48th Place, Suite 900
                                                 Kansas City, Missouri 64112
                                                 (816) 374-0567 (Direct)
                                                 (816) 817-0175 (Facsimile)
                                                 aennis@polsinelli.com

                                                 Asher D. Funk
                                                 Illinois State Bar No. 6295022
                                                 Federal ID No. 3138175
                                                 Kevin M. Coffey
                                                 Illinois State Bar No. 6303073
                                                 (Admitted *Pro Hac Vice*)
                                                 150 N. Riverside Plaza, Suite 3000
                                                 Chicago, IL 60606
                                                 (312) 819-1900
                                                 (312) 819-1910 (Facsimile)
                                                 afunk@polsinelli.com
                                                 kcoffey@polsinelli.com

                                                 Mark S. Armstrong
                                                 Texas State Bar No. 01321900
                                                 Federal ID No. 219390
                                                 1000 Louisiana Street
                                                 Fifty-Third Floor
                                                 Houston, Texas 77002
                                                 (713) 374-1660 (Direct)
                                                 (713) 374-1601 (Fax)
                                                 MArmstrong@polsinelli.com

**ATTORNEYS FOR THE CHI DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2022, a true and correct copy of the foregoing was electronically served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

*/s/ Andrew J. Ennis*
**Attorney for the CHI Defendants**

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the requirements set forth in Hon. Charles R. Eskridge III's Court Procedures. This motion contains 166 words, excluding the case caption, and was prepared in 13-point Times New Roman font.

*/s/ Andrew J. Ennis*
**Attorney for the CHI Defendants**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants has conferred in good faith with Ruth Brown, counsel for Relator, regarding the subject matter of these Written Objections.

*Andrew J. Ennis*
**Attorney for the CHI Defendants**