IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the he STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex rel*. HICHEM CHIHI CHIHI, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CATHOLIC HEALTH INITIATIVES, et al. <br><br> Defendants. | Civil Action No. 4:18-cv-00123 |

## **ORDER**

Before the Court is an unopposed motion to withdraw Brian F. McEvoy as counsel for defendants Catholic Health Initiatives and CHI-St. Luke's Health (collectively, the "CHI Defendants"). The Court, having considered the Motion and the grounds stated in support of it, finds that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Brian F. McEvoy is hereby withdrawn as counsel for the CHI Defendants.

IT IS FURTHER ORDERED that no further pleadings or other documents shall be served upon Brian F. McEvoy in this action.

IT IS SO ORDERED this __18th__ day of __April__, 2022.

_____
Sam Sheldon
United States Magistrate Judge

83093430.1