# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. HICHEM CHIHI, § § § § Plaintiff-Relator, § § v. § § CATHOLIC HEALTH INITIATIVES, *et al.*, § § § § Defendants. § | CIVIL ACTION NO. 4:18-CV-123 |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Sara Brinkmann of the law firm of King & Spalding, LLP, formerly of Reed Smith, LLP, moves for leave of Court to withdraw as counsel for Defendants Baylor College of Medicine, Baylor Medcare, Ramachandra Sista, M.D., and Marcia Katz, M.D. ("Baylor Defendants"). The requested withdrawal will not cause the Baylor Defendants to be without counsel, as they will continue to be represented by Reed Smith LLP. Relator will not be prejudiced by the withdrawal of counsel, nor will there be any undue delay in the proceedings. Opposing counsel is unopposed to this Motion.

WHEREFORE, Sara Brinkmann respectfully requests that the Court grant this Motion and permit her withdraw as counsel for Baylor Defendants.

Dated:  April 21, 2022

Respectfully submitted,

KING & SPALDING LLP

*/s/ Sara Brinkmann*
Sara Brinkmann
Texas Bar No. 24069919
S.D. Tex. Fed. ID No. 1287802
1100 Louisiana Street, Suite 4100
Houston, Texas 77002-5213
sbrinkmann@kslaw.com
Tel:  713.751.3200
Fax:  713.751.3290

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Ruth Brown, counsel for Relator/Plaintiff, about this Motion, and she is unopposed.

*/s/ Sara Brinkmann*
Sara Brinkmann

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the requirements set forth in Judge Charles R. Eskridge, III's Court Procedures. This Motion contains 123 words, excluding the case caption, and was prepared in 13-point Century Schoolbook font.

*/s/ Sara Brinkmann*
Sara Brinkmann

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that all counsel of record were served via the CM/ECF system of the United States District Court for the Southern District of Texas on this 21st day of April, 2022.

*/s/ Sara Brinkmann*
Sara Brinkmann