UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. HICHEM CHIHI, § § § § Plaintiff-Relator, § § v. § § CATHOLIC HEALTH INITIATIVES, *et al.*, § § § § Defendants. § | CIVIL ACTION NO. 4:18-CV-123 |

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

The Court has considered Sara Brinkmann's Motion to Withdraw as Counsel for the Defendants Baylor College of Medicine, Baylor Medcare, Ramachandra Sista, M.D., and Marcia Katz, M.D. ("Baylor Defendants"). After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the Motion should be GRANTED.

It IS THEREFORE ORDERED by the Court that Sara Brinkmann is hereby granted leave to withdraw as counsel of record for the Baylor Defendants in this matter.

SIGNED this  22  day of  April       , 2022.

_____
Sam Sheldon
United States Magistrate Judge