IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex rel.* HICHEM CHIHI,<br><br>        Plaintiff-Relator,<br><br>   v.<br><br>CATHOLIC HEALTH INITIATIVES; CHI-ST. LUKE'S HEALTH; BAYLOR COLLEGE OF MEDICINE; MEDCARE BAYLOR; BONE AND JOINT CLINIC OF HOUSTON; GREATER HOUSTON GASTROENTEROLOGY; HOUSTON THYROID & ENDOCRINE SPECIALISTS; KIDNEY ASSOCIATES; KIDNEY AND HYPERTENSION CONSULTANTS; LEACHMAN CARDIOLOGY ASSOCIATES; PULMONARY CRITICAL CARE & SLEEP MEDICINE CONSULTANTS; SURGICAL ASSOCIATES OF TEXAS; TEXAS ENDOCRINOLOGY GROUP; THE CENTER FOR ENT; CRISTINA BOCCALANDRO, M.D.; LAZARO CHEREM, M.D.; ALBERTO COLAMAR, M.D.; CARL DAHLBERG, M.D.; BRIAN DOUGLAS, M.D.; FAREED ELHAJ, M.D.; IRVING FISHMAN, M.D.; ALAN HOFFMAN, M.D.; RICHARD HUNG, M.D.; MEDHAVI JOGI, M.D.; MARCIA KATZ, M.D.; ZVONIMIR KRAJCER, M.D.; DEWITT LEACHMAN, M.D.; | Civil Action No. 4:18-cv-00123 |

- 1 -

| | |
|---|---|
| JAMES LIVESAY, M.D.; ALBERTO LOPEZ, M.D.; ANDRES MESA, M.D.; RON MOSES, M.D.; ISAAC RAIJMAN, M.D.; JOSE FERNANDO SANTACRUZ, M.D.; NAVNEET SINGH, M.D.; RAMACHANDRA SISTA, M.D.; OTHER UNKNOWN DEFENDANT DOCTORS, Defendants. | ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY-IN-CHARGE

Please take notice that the undersigned attorney is entering an appearance in the above-styled and numbered cause as counsel of record and attorney-in-charge for Defendants Pulmonary Critical Care and Sleep Medicine Consultants, Inc., Alberto Colomer, M.D., Carl Dahlberg, M.D., Jose Santacruz, M.D. and Andres Mesa, M.D.

- 3 -

Dated:  April 28, 2022

Respectfully submitted,

By: */s/ Sam Houston*
Sam Houston
**Attorney-in-Charge**
**Scott, Clawater & Houston, L.L.P.**
2727 Allen Parkway, Suite 500
Houston TX 77019
(713) 650-6600 ext. 117
(713) 579-1517 DIRECT
(713) 822-5262 MOBILE
(713) 579-1599 FAX
shouston@schlawyers.com

**Counsel for Pulmonary Critical Care and Sleep Medicine Consultants, Inc., Carl Dahlberg, M.D., Alberto Colomer, M.D., Jose Santacruz, M.D., Andres Mesa, M.D., Alan Hoffman, M.D., Irving Fishman, M.D., Cristina Boccalandro, M.D., Texas Endocrinology Group, P.A., Ron Moses, M.D., Richard Hung, M.D., and the Center for ENT.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, pursuant to Local Rule LR 5.3 and Federal Rule of Civil Procedure 5(b), that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF and served upon counsel of record pursuant to Local Rule LR 5.1.

*/s/ Sam Houston*
Sam Houston
