# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex. rel.* HICHEM CHIHI, § § § § § § § § § § Plaintiff-Relator, § § v. § § CATHOLIC HEALTH INITIATIVES; et al § § Defendants. | Civil Action No. 4:18-cv-00123 |

## DEFENDANT ALAN HOFFMAN, M.D.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER RELATOR'S SECOND AMENDED COMPLAINT

Defendant ALAN HOFFMAN, M.D. files this Unopposed Motion to Extend Time to Answer Relator's Second Amended Complaint and shows the Court as follows:

1. Relator's Second Amended Complaint against Defendant Alan Hoffman, M.D. and thirty-five other defendant healthcare providers was filed on December 4, 2019 and entered on July 8, 2020. Dkt. 273. The Complaint alleges violations of the Anti-Kickback Statute, the Stark Act, and the False Claims Act.

2. On November 16, 2020, Defendants filed motions to dismiss this case. Dkts. 302 & 303.

3. On July 8, 2022, the Court entered an Order granting in part and denying in part the motions to dismiss, and dismissing all Defendants other than Dr. Hoffman and the CHI Defendants. Dkt. 351.

4.     Accordingly, Defendant's deadline to respond to Relator's Second Amended Complaint is July 22, 2022.

5.     Defendant's counsel had longstanding vacation arrangements for the week of July 15-21, 2022.

6.     Defendant conferred with Relator to seek Relator's position on a one-week extension of the deadline for Defendant to answer Relator's Second Amended Complaint to allow Defendant additional time to review and analyze the Complaint in the case and prepare an answer. Relator indicated that he is unopposed to such an extension.

7.     Thus, Defendant's time to Answer Relator's Second Amended Complaint would be extended until July 29, 2022.

8.     This motion is brought in good faith in advance of Defendant's deadline to answer and will not result in prejudice to any party.

9.     This motion is accompanied with a proposed Order.

WHEREFORE, PREMISES CONSIDERED, Defendant ALAN HOFFMAN, MD respectfully requests that the Court grant his Unopposed Motion to Extend Time to Answer Relator's Second Amended Complaint and enter the proposed Order extending Defendant's deadline to Answer until July 29, 2022.

768656

Respectfully submitted,

**SCOTT, CLAWATER & HOUSTON, LLP**

By: /s/ Sam Houston
Sam A. Houston
State Bar No. 10059550
Federal ID No. 10606
shouston@schlawyers.com
2727 Allen Parkway, Suite 500
Houston, Texas 77019
713.650.6600 (Telephone)
713.579.1599 (Facsimile)

ATTORNEY FOR DEFENDANT
ALAN HOFFMAN, M.D.

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Relator's counsel Ruth Brown and she is unopposed to the filing of this motion.

/s/ Sam Houston
Sam A. Houston

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of July, 2022, the foregoing document has been electronically submitted to the clerk of court for the U.S. District Court Southern District of Texas, Houston Division and all parties are being served via the Court's CM/ECF system.

/s/ Sam Houston
Sam A. Houston

768656