# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, ex rel. HICHEM CHIHI, 1, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CATHOLIC HEALTH INITIATIVES; CHI-ST LUKE'S HEALTH; and ALAN HOFFMAN, M.D.; <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:18-cv-00123 |

## ORDER GRANTING CATHOLIC HEALTH INITIATIVES AND CHI-ST. LUKE'S HEALTH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT

After considering Defendants Catholic Health Initiatives and CHI-St. Luke's Health's Unopposed Motion for Extension of Time to Answer the Second Amended Complaint, the Court finds the motion should be GRANTED for the reasons stated therein. Accordingly, the Court GRANTS the Motion and ORDERS as follows:

Defendants Catholic Health Initiatives and CHI-St. Luke's Health shall have until and including Friday, July 29, 2022 to answer or otherwise respond to the Second Amended Complaint.

Signed this _____ day of _____, 2022.

_____
**JUDGE PRESIDING**

84427713.1