IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF TEXAS, the STATE OF COLORADO, the STATE OF INDIANA, the STATE OF IOWA, the STATE OF MINNESOTA, the STATE OF NEW MEXICO, the STATE OF TENNESSEE, the STATE OF WASHINGTON, *ex. rel.* HICHEM CHIHI,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES; et al<br><br>Defendants. | Civil Action No. 4:18-cv-00123 |

**ORDER GRANTING DEFENDANT ALAN HOFFMAN, M.D.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER RELATOR'S SECOND AMENDED COMPLAINT**

After consideration of Defendant Alan Hoffman, M.D.'s Unopposed Motion for Extension of Time to Answer Relator's Second Amended Complaint, the court finds the motion should be GRANTED for the reasons stated therein. Accordingly, the Court GRANTS the Motion and ORDERS as follows:

Defendant Alan Hoffman, M.D. shall have until and including Friday, July 29, 2022 to answer or otherwise respond to Relator's Second Amended Complaint.

Signed this  22nd  day of  July                    , 2022.

_____
Sam Sheldon
United States Magistrate Judge