UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00123 |
|---|---|---|---|

United States of America, the State of Texas, the State of Colorado, the State of Indiana, the State of Iowa, the State of Minnesota, the State of New Mexico, the State of Tennessee, the State of Washington, ex rel. Hichem Chihi

*versus*

Catholic Health Initiatives; CHI-St. Luke's Health; and Alan Hoffman, M.D.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Twetten<br>Loevy & Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>312-243-5900, dan@loevy.com<br>Colorado Bar No. 44134; Illinois Bar No. 6276079 |
|---|---|

| Name of party applicant seeks to appear for: | Hichem Chihi |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/30/2022 | Signed: | /s/ Daniel Twetten |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge