United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, the State of Texas, ex rel. Hichem Chihi, | § § § § § | CIVIL ACTION NO. 4:18-cv-00123 |
| Plaintiff-Relator, | § § § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § § | |
| Catholic Health Initiatives, CHI-St. Luke's Health, and Alan Hoffman, M.D. | § § § § § | |
| Defendants. | § | |

### AMENDED SCHEDULING AND DOCKET CONTROL ORDER

1. **10/30/2025**   COMPLETION OF FACT DISCOVERY

   Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline.

2a. **12/01/2025**   EXPERTS (other than attorney's fees)

   The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

2b. **12/30/2025**   DEPOSITIONS OF EXPERTS designated by party with burden of proof per ¶ 2a.

2c. **02/02/2026**   RESPONSE EXPERTS

   The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

| | | |
|---|---|---|
| **2d.** | *03/02/2026* | **DEPOSITIONS OF RESPONSE EXPERTS** |
| **2e.** | *03/30/2026* | **DESIGNATION OF REBUTTAL EXPERTS** and deadline for providing rebuttal reports. |
| **2f.** | *04/17/2026* | **COMPLETION OF ALL EXPERT DISCOVERY**, including depositions of expert witnesses. |
| **3.** | *06/05/2026* | **DISPOSITIVE AND NONDISPOSITIVE MOTIONS DEADLINE (except for motions *in limine*)** |

No party may file any motion after this date except for good cause shown.

| | | |
|---|---|---|
| **4.** | *06/22/2026* | **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE** |

The parties must complete mediation or other form of dispute resolution.

| | | |
|---|---|---|
| **5.** | *07/22/2026* | **DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS *IN LIMINE*** |

The Joint Pretrial Order must contain the pretrial disclosures required by Rule 26(a)(3). Plaintiff is responsible for timely filing of the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with applicable rules.

| | | |
|---|---|---|
| **6.** | *08/18/2026* | **DOCKET CALL** |

Docket call is set for 1:30 p.m. in Courtroom 9F, United States Courthouse, 515 Rusk Street, Houston, Texas. Documents filed within seven days of docket call will not be considered. Pending motions will be addressed, with the case set for trial as close to docket call as practicable.

Signed on March 31, 2025 at Houston, Texas.

_____
Hon. Yvonne Y. Ho
United States Magistrate Judge

2